AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

<table>
<tr><td>Albert E. Percy and Percy Jobs and Careers Corporation an IRC 501(c)(3) non-profit, as Class Representatives</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)<br>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.  1:21-cv-02198-RPK-JRC</td></tr>
<tr><td>I Grace Co et al.</td><td>)<br>)</td><td></td></tr>
<tr><td></td><td>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     JAMES M. KERNAN
26 Broadway, 19th Floor
New York, New York 10004
Telephone: (212)697-9084
Fax: (212) 656-1213
Email:jkernan@kernanllp.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 05/18/2021



*s/ Aaron J. Herrera*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:21-cv-02198-RPK-JRC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print      Save As...      Reset

# UNITED STATES DISTRICT COURT
## Eastern District of New York
------------------------------------------------------------

Albert E. Percy and Percy Jobs and Careers Corporation an
IRC 501(c)(3) non-profit, as Class Representatives,
                            Class Plaintiff,

-against-                                                    CASE #: 1:21-cv-02198-RPK-JRC

I Grace Co, I M Robbins Consulting Engineers, I Perceptions, I Rise, I S Systems Inc, I Spiewak &
Sons Inc, I.M. Robbins, P.C Consulting Eng, Iac/Interactivecorp, Iace Travel, Ian Karr Assoc Inc,
Iannelli Construction Co Inc, Iatse National Benefit Funds, Ibc Groups, Ibc/Shell Packaging,
Iberostar 70 Park Avenue, Ibm, Ibm Ix, Ic Bus Inc., Icahn Charter School 6, Icahn School Of
Medicine At Mount Sinai, Icahn Stadium, Icas Networking Cables Services, Icav, Icc Chemical
Corp, Icd, I-Chd, Icl, Icon Development & Constr LLC, Icon Interiors Inc, Icon Magazine, Iconic
Mechanical, Icor Associates, LLC, Ics Builders Inc, Ics Consulting Partners, Ics Software Ltd, Icsc,
Id Public Relations, Idc Construction, Ideal Interiors Group, Ideals App, Identity Media, Ideo,
Idesco, Ids America Inc, Idust Cleaning Svc, Ieh Corp, Iese Business School, Iesi Ny Corp, Ifac,
Ifetayo Cultural Arts Academy Inc., Igetsmart, Iggi App Inc, Igx Construction LLC, Ihg, Ihs Markit,
Ilevel Solutions LLC, Ilw.Com, Image Axis Inc, Image Office Environments LLC,
Imagemedia.Com, Imageon Consulting, Imagework Technologies Corp, Imaginary Forces LLC,
Imagination The Americas Inc, Imagine Software, Imagineer Technology Group, Imc Corp, Imesh
Inc, Img Artists, Immigration Equality Inc, Immigration Filing Svc, Impact Absorption Inc, Impact
Displays, Imperium Construction, Impulse Dynamics (Usa) Inc., Inspire Kids, In Demand L.L.C.,
In Depth Inc., Inamul Haq Md, Ind Living Assn Inc, Indbim, Indcorp Fiscal Services Inc,
Independence Care System, Independence Residences Inc, Independent Coach Corporation,
Independent Components Corp, Independent Living Association, Inc, Independent Temperature
Control Systems, Indicative Inc, Indigo Moon Inc, Individual, Indus Architect PLLC, Industrial
Pump & Repair, Infinate Software Solutions, Infinicare Inc, Infinity Consulting Solutions, Infinity
Contracting Services, Infinity Sunguard, Influenster, Info Desk Inc, Info Tech Innovations, Info
Tran Engineers, Infogrames Inc, Infor Inc, Informa Healthcare, Information Builders, Inc.,
Information Management Network, Infoserve Technologies Corp, Infosys Technologies Ltd,
Infrontwebcom, Infusion, Infusion Development Corporation, Ing Financial Services LLC, Inge
Design, Ingram Yuzek Gainen Carroll and Bertolot, Ingrao Inc, Ingrid Finance, Initiatives LLC, Ink,
Ink 48 Hotel, Inlight Electrical Corporation, Inner Space Systems Inc., Innisfree M & A Inc, Inniss
Construction Inc, Innov Remodeling and Contracting Inc., Innovative Construction, Innovative
Electric Of New York, Innovax-Pillar, Innovid, Innovo Property Group, Innside New York No
Mad, Insall Scoot Kelly Institute, Insight Communications Co. In, Insight Out Of Chaos LLC,
Insight Venture Management, LLC, Insite, Insite Advantage, Instep Marketing Inc, Instinet, Instit
For Transportation and Dev Policy, Institute For Community Living, Institute For Family, Institute
For Intl Research, Institute-East West Medicine, Institute-Urban Family Health, Institutional

Investor LLC., Intan Corp, Intech Industrial LLC, Integral Contracting Inc, Integral Yoga Institute, Integramed Holding Corp, Integrated Construction Inc, Integrated Power Services, LLC, Integrated Project Delivery, Integrated Security Svc, Integrated Strategic Resource, Integrated Structures Corp, Integrative Medical Outpatient, Integrity Communication Tech. LLC., Integro, Intelecom Solutions, Intelleges.Com, Intelligreen Partners LLC, Intellitec Securities Svc Inc, Inter Contracting Corp, Inter Laperuta Jv, Inter Parts Industries Inc, Interactive Corporation, Interactive One, LLC, Interboro Attorney Svc Corp, Interborough Developmental, Interbrand Gertsman & Meyers, Interbrand Health, Intercept Interactive Inc., Intercounty Paving Associates, Interfaith Medical Center, Interim Healthcare, Interior Alterations, Interior Building Svc Inc, Interior Construction Corporation, Interior Renovations, Interlaken Capital Aviation, Intermediate Capital Group, Inc., International Biometric Group, LLC, International Brotherhood, International Business, International Business Machines, International Culinary Center, International Duplication Ctr, International Federation-Accts, International Flavors and Fragrances Inc, International Institute, International Interior Design, International Legal Foundation, International Management, International Multiple, International Planned, International Recovery Systems, International Rescue Committee, International Value Advisers, LLC, Internet Garage, Interphase Electric Contractor Corp, Intersoft Associates, Intersystems Corp, Inter-Wire Midwest Inc, Intl Instit For Learning, Inc, Intra Build Construction, Intralinks Holdings, Inc., Intralogic Solutions, Intricate Construction Inc, Intuition, Investcorp International, Inc., Investment Management Svc, Inwood Community Svc Inc, Ion Trading, Inc, Ionaprep, Ip Blue, Ipanema Press, Ipeor Inc, Ipreo Holdings LLC, Ipreo LLC, Ipro, Iqor, Iqpc, Iradix LLC, Irc, Irep, Irisvr Inc, Irm LLC, Iron Bridge Constructors Inc, Irving Haase, Irving Place Capital, LLC, Irving Rubber & Metal Co, Irwin Lewin Cohn & Lewin, Isabella Geriatric Center, Isda, Ishta Yoga, Isis Plumbing Inc, Island Auto Group, Island Cardiac Specialists, Island Charter Inc, Island Eye Surgicenter, Island International Exterior, Island Medical Group, Island Musculoskeletal Care, Island Neurological, Island Pavement Cutting Co., Island Peer Review Inc, Island Photography, Island Rehab, Island Rock, Ismael Leyva Architect Pc, Isobar, Israeloff Trattner and Co, Israeloff Trattner Co, Issac & Stern Architects, Italian Trade Commission, Itau, Ithaka Harbors Inc, Itochu Prominent Usa LLC, Itr Industries Inc, Itrs Group, Itt Corporation, Ivoire Car Svc, J & B Body Work, J & D Carrying & Construction Corp., J & G Electrical Corp, J & G Electrical Corp., J & J Bronze & Aluminum, J & J Johnson General Cntrctng, J & N Construction Group Corp, J & S Supply Corp, J & Y Electric and Intercom Company Inc, J Anthony Enterprises, J Atacama Inc, J B Waste Oil Co, J C C Construction Corp, J D Robinson Inc, J Dannunzio & Sons, Inc., J Ferreira Construction Inc, J Foster Phillips Funeral Home, J Frankl C Mallea Associates Architects Engineers, J G Salas & Sons Inc, J J Creations Inc, J J Curran & Son Flooring, J J Rosenberg Elec Contrs Inc, J J Sedelmaier Productions Inc, J K B Contracting, J Kokolakis Contracting Inc, J L J Iii Enterprises Inc, J Pizzirusso Landscaping, J S D Construction Group, J Smith Assoc, J Sussman Inc, J T Cleary Inc, J T Falk & Co LLC, J Tang Co Inc, J W P Welsbach Electric Corporation, J&H Electrical Contracting Inc, J&N Construction Group, J. Crew Inc., J. J. Curan & Son, Inc., J. Petrocelli Contracting, Inc., J. Pizzirusso Landscaping Corp., J. Walter Thompson Company, J.B. Homer Associates, Inc., J.Calnan & Associates Inc, J.G. Electrical Testing Corporation, J.P. & C. Construction, Inc, J.Pizzirusso Landscaping Corp, Jacan Plumbing &

Heating, Jack Green & Assoc, Jackie Robinson Swimming Pool, Jackson Lewis LLP, Jacob A Riis Neighborhood, Jacob Civil Consultants, Jacob Fuchsberg Law Firm, Jacob K Javits Convention Center, Jacobi Medical Center, Jacobi Pediatric Clinic, Jacobs, Jacobs & Burliegh LLP, Jacobs Engineering, Jacobson Mermelstein & Squire, Jacoby & Meyers LLP, Jaffe & Koumourdas, Jaffe A A Div-Sandberg-Skrsk, Jaidan Industries, Jaidan Industries Inc., Jam Consultants Inc, Jamaica Anesthesia Assoc Pc, Jamaica Bearings, Jamaica Hospital Medical Center, Jamcob Electric LLC, James A Jennings Co Inc, James C Lomax Construction, James Corner Field Operations, James E Fitzgerald, James F. Volpe Elect Const Corp, James H Maloy Inc, James Hotel, James Lynn Law Offices, James M Abramson Law Office, James Ontra, Jams, Inc., Jan Hird Pokorny Assoc Inc, Jan Renovation, Janco Inc, Janover LLC, Jansen Hospice-Palliative Care, Janson Goldstein LLP, Jaral Properties Inc, Jared F Brandoff Md, Jaros Baum & Bolles, Jaroslawicz & Jaros PLLC, Jarro Building Industries Corp, Jasa-Jewish Assn For Svces, Jasci Jasci, Jaspen Schlesinger LLP, Jasper Venture Group, Javu Technologies Inc, Jawonio Inc, Jay Goldberg Law Office, Jay S, Jay Suites, Jaysan Contracting Corp, Jazz At Lincoln Ctr, Jb Martin Co, Jb Screen Ptg & Embroidery, Jcc Construction, Jcc Lillian Schwartz Day Cmp, Jcdecaux North America Inc, Jc-Duggan Inc., Jdc LLC, Jdf Interiors, Jdm Contracting, Jdrf International, Jdx Consulting Ltd, Jed Engineers, Jed Foundation, Jeffer Funeral Homes, Jeffrey Mullooly Rooney Flynn, Jeffrey Samel & Partners, Jek Communications Inc, Jemco Electrical Contractors, Inc., Jen-El Construction Corp, Jenkins & Huntington, Jenner and Block LLP, Jennifer Doyle, Human Resources Specialty Care, Jennison Associates, Jerrick Associates Inc, Jerry Ganz Inc., Jerusalem Petroleum C, Jes Plumbing & Heating Corp, Jet Way Security, Jetblue Airways Corporation, Jethro Data, Jetro Holdings, LLC, Jett Industries Inc, Jewel Electric Supply Co., Jewel Hotel, Jewish Agency American, Jewish Center Of Brighton Beach, Jewish Child Care Association, Jewish Community Ctr, Jewish Federations, Jewish Home Lifecare, Inc., Jfj Fuel Inc, Jfk Advanced Medical Pc, Jfk International Air Terminal LLC, Jfk&M Consulting Group, Jgmv - Video & Photo, Jgn Construction Corp, Jgn Maintenance, Jiji Press America Lid, Jim Henson Co, Jimlar Corporation, Jkb Contracting Inc, Jlg Architectural Products, Jlj Enterprises Inc, Jm Consulting, Jmc, Jmc Stone Corp., Jmd Building Products LLC, Jmj Electrical Corp, Joadem Corp., Job Path, Inc., Jobco Inc, Jocar Asphalt LLC, Joe Schneider Construction, Joel Berman Assoc Inc, Joele Frank Assoc LLC, Joes Pest Control, John A Hartford Fdtn, John A Lanzone Md, John A Vassilaros & Son Inc, John Ciardullo Assoc, John Civetta & Sons Inc, John Dineen Contracting Co., John E Osborn Pc, John Gallin & Son, John Grando Inc, John Nicelli Law Offices, John P Picone Inc, John Petrocelli Construction, Inc, John Weidl Assoc Inc, Johnson & Hoffman LLC, Johnson Bros Inc, Johnson Tannen Brecher Fishman, Jomark, Jonan Products and Services, Inc., Jonas Upholstery, Jonathan Arnold Inc, Jonathan Beth Conslnts Ny LLC, Jonathan C Reiter Law Firm, Jonathan Levine Photography, Jonathan Moore Atty Law Ofc, Jonathan Rose Companies, Jones Jones Larkin & O'connell, Jones Lang Lasalle, Joralemon Associate, Jorama Consulting Inc, Jordan Edmiston Group, Jordan Opticians, Jos H Lowenstein & Sons Inc, Joseph Dibenedefto Law Office, Joseph Donovan, Joseph L Balkan Inc, Joseph Lombardi Pell, Joseph M Sanzari Inc, Joseph P Addabbo Family Health, Joseph Papp Public Theatre, Joseph R Loring & Assoc Inc, Joseph Shalhoub & Son Inc, Joseph Weinstein Elec Corp, Jou Jou Designs Inc, Joy Construction Corp, Joystick Interactive Corp, Joyva Corp, Jp Construction Inc, Jp Hogan

Coring and Sawing C, Jp Marking Inc, Jp Mchale Pest Management Inc, Jp Morgan Chase, Jp Morgan Chase Na, Jpl Industries, Jpp Plumbing LLC, Jpr Builders 07 Inc, Jpr Mechanical Inc, Jr Cruz Corp, Jri America Inc, Jrm Construction Management, Js Reps Corp, Jsb Partners Inc, Jt Cleary Inc, Jt Roselle Lighting & Supply, Jtp Plumbing, J-Track LLC, Judicial Paralegal Svc, Judith Heintz Landscape Architecture, Judlau Contracting Inc, Julian A Mcdermott Corp, Jun Wang & Assoc, June Jacobs Labs, LLC, Junior Achievement Of New York, Juno Healthcare Staffing Syst, Jupiter Environmental Services, Juris Solutions Inc, Just Real Construction, Justworks Inc, Juva Skin & Laser Ctr, Jvn Restoration Inc, Jw Michaels and Co. LLC, Jwalk, Jzanus Home Care Inc, Jzn Engineering, Pc., K & K Construction Inc, K & L Management Consulting, K & M, K & V Construction, K B Assoc Inc, K D One Construction Inc, K M Assoc Of Ny Inc, K M Electric, K S Engineers, K V Power Electric Inc, K W Tech Corp, K&A Engineering Consulting P, K.P Construction & Renovation Inc., K2 Intelligence, LLC, Kab Electric Corp, Kaback Enterprises Inc, Kader Lithographers, Kaeyer Garment-Davidson, Kafka Construction Inc, Kahn Gordon Timko & Rodriques, Kahuna Software Inc, Kai Kai Kiki NyLLC, Kajima Usa, Kalangala Infrastructure Svc, Kaltura Inc, Kanban Solutions LLC, Kane Davey Associates Inc, Kane Kessler Pc, Kanta Electric Corp, Kantor Davidoff Wolfe, Kaplan, Inc., Kaplow Communications, Kaprielian Enterprises, Kapris Inc, Karasyk & Moshella LLP, Karbone, Karbra Co, Karen Horney Clinic, Karen Martin, Karey Kassl Corp, Karim Rashid Inc, Kario Construction Corp, Karlitz & Co Inc, Kasirer Consulting, Katco Electric, Kate Spade and Company, Kathryn Mcwilliams, Training Professional, Katlowitz & Assoc, Katsky Korins LLP, Katz Dochterman & Epstein, Kauff Mcguire & Margolis LLP, Kauffman Brad A, Kaufman Astoria Studios, Kaufman Borgeest and Ryan, Kaufmann Gildin & Robbins LLP, Kaye Scholer LLP, Kazlow & Kazlow, Kbls, Kbr Ny, Kc Renovation, Kd Hercules Group Inc, Kddi International Inc, Keane & Beane Pc, Keevily Spero Whitelaw, Inc, Keith C Jewell Pc, Kel Mar Construction, Kel Medical Center, Kel Tech Construction Inc, Kelco Construction, Kellenberg Hs, Keller - North America, Kelley Drye and Warren LLP, Kellner Dileo Co Lp, Kelly Rode & Kelley LLP, Kelman Winston & Vallone, Kelnard Refrigeration, Kel-Tech Construction Inc., Kemnay Advisory Svc Inc, Kempinski Hotels S A, Ken Ben Industries, Kendal On Hudson, Kennedy Lillis Schmidt English, Kenny Liu, Kensington Publishing Corp, Kensington Vanguard, Kent Capital, Kepco Inc, Keri Coach Works, Kerley Walsh Matera-Cinquemani, Kerns Manufacturing Corp, Ketchum Inc., Kew Electrical Service Inc, Kew Gardens Dialysis Ctr, Kew Management, Key Developers Inc, Key Restoration Corp, Key Systems Inc, Keyme, Keystone Management Inc, Kg Construction Assocs Inc, Kgbtexas, Kgs-Alpha Capital Markets, L.P., Khan Enterprises Co Inc, Khurram Shehzad, Kica General Construction, Inc., Kid Island Dental At Great, Kiewit Infrastructure Co, Kim, Kim I Mchale & Assoc, Kim Seybert Inc, Kim Song & Assoc, Kimber Manufacturing Inc, Kimberly Hotel, Kimco, King & Co, King Wood, Kingfisher General Contracting Of Ny Inc., Kings Bay Ym-Ywha Inc, Kings Brook Jewish, Kings Capital Constr Group Inc, Kings County Hospital, Kings Harbor Multicare Center, Kings Highway Orthopedic Assn, Kings Medical, Kings Pulmonary Assc, Kingsbridge Heights Lthhcp, Kingsbrook Jewish Medical Center, Kino International Corp, Kinturk Contracting Inc, Kips Bay Endoscopy Center LLC, Kirby Mcinerney LLP, Kiri Construction, Kirkland and Ellis LLP, Kirotec - Mes Group Corp, Kirschenbaum & Kirschenbaum Pc, Kiska Construction Inc, Kislman Dialysis, Kiss Group, Kitano

Hotel New York, Kiwi Partners Inc, Klahr Glass Co, Klein & Solomon LLP, Klein Law Group Pc, Klein Zelman, Klein Zelman LLC, Kleinberg & Friedman, Kleinberg Electric Inc, Kleinberg Kaplan Wolff-Cohen, Klima New York LLC, Klk Electric Inc, Klm Ophthalmology, Klm/Air France & Lynxs Air Car, Klw Inc, Km Associates Of New York Inc, Knic Partners LLC, Knight Elec. Services Corp., Knight Nets Inc, Knightbridge Construction Corp, Knoa Software Inc, Knollwood Country Club, Kns Building Restoration Inc, Knuckles Komosinski & Elliot, Kobre & Kim LLP, Kochendorfer Group, Koehler & Isaacs LLP, Koenig Iron Works, Koeppel Martone & Leistman, Koeppel Nissan Inc, Kohlberg Kravis Roberts and Co, Kohn Pedersen Fox Associates, Kojin Industries Inc, Koko Contracting, Komanoff Center For Geriatric, Kopff Nardelli Dopf, Kordun Construction Corp, Kore Contracting, Kore Software Inc, Korean Air Lines, Kossoff PLLC, Kostelanetz & Fink, Kpa Group, Kpff Inc, Kpmg, Kps Capital Partners Lp, Kraft & Kennedy Inc, Kraft Kennedy & Lesser Inc, Kraftworks Limited, Kramer & Dunleavy, Kramer Dillof Livingston-Moore, Kranjac Tripodi Partners LLP, Kreisberg & Maitland LLP, Krez & Flores Lip, Krinos Foods Inc, Kristin Papesh, Vp Of Human Resources, Kroywen Rlty & Construction Corp, Krystal Touch Of Ny Inc., Ks Eng. Pc, Ks Renovation Group Inc, Kubricky Construction Corporation, Kucker & Bruh, Kudman & Trachten, Kuraray Dental, Kurzman Eisenberg Corbin Lever, Kutnicki/Bernstein Architects, Kuzmin & Assoc Pc, Kvb Partners, Kvl Audio Visual Services, Kwi, Kwiat, Kwittken and Company LLC, Kyle Conti Construction LLC, L & E Creative Printing Inc, L & L Holdings Co LLC, L & L Painting Co, L & M Builders LLC, L & M Roofing Co, L 3 Communications Holdings, L I Osteoporosis & Arthritis, L I Physicians Assoc Pc, L K Comstock & Company Inc, L M G Construction Corp, L Ron Hubbard Media Resources, L Russo Fence Co, L. A. Mays Inc., L.B. Electric Supply Co. Inc., L.B. Foster Company, L.K. Comstock & Company, Inc, L+M Development Partners, L-3 Communications Corporation, La Bottega, La Force & Stevens, La Guardia Community College, La Mar Plastic Packaging Ltd, La Peninsula Community Org, La Peninsula Community Organization, La Prairie, La Providencia Family Health, Lab 49 Inc, L'abbate Balkan Colavita Contini, Labco Electric Contracting Corporation, Lachase Construction Svc, Lachman Consultant Svc Inc, Lacina Heitler Architects, Lackenbach Siegel LLP, Laconia Nursing Home, Lacwk Ny LLC, Ladders Inc, Ladmar Associates Ltd, Lafayette Medical Management, Laforce, Laga Int Ltd, Lagardere North America, Inc., Laguarda Low Architects, Lake Construction Corp, Lake Group, Lakhani & Jordan Engineers Pc, Lakhi General Contractor Inc Po Box, Lakshmi Capital Management LLC, Laland Baptiste, Lalire March Architects, Lam Generation LLC, Lambo Mechanical Inc, Lambos Firm, Laminall Inc, Lamson & Cutner, Lancaster Development & Tully Construction Co., Lancer Insurance Company, Landesman Brothers Inc, Landform LLC, Landman Corsi Ballaine and Ford, Landmark Signs & Maintenance, Landmark Ventures, Landpex Development, Lane Associates, Lane Construction, Langan, Langan Engineering, Language Works, Lanmark Group Inc, Lanmark Technical Svc Ltd, Lapadula Carlson & Co, Laperuta Construction Corp, Larocca Hornik Rosen Greenberg, Lascon Inc, Laser Electrical Contracting, Lasker Ice Rink, Latham and Watkins LLP, Latimer and Linden Management Co, Laughing Lotus Yoga Ctr, Laumic Co, Laundry Service, Laura Davidson Public Relation, Laura Electrical Lighting & Maintenance Service, Lauren A Baum Law Offices, Laurencewell and Pumpcoinc, Law Office Of Weinreb, Law Offices Barry Slbrzwg, Law Offices Of Jan G Johansson, Law Offices Of Jh Tanenbaum, Law

Offices Of Norka M Schell, Law Offices-Kenneth A Wilhelm, Law Offices-Keshab Raj Seadie, Law Offices-Michael S Lmnsff, Law Offices-Robin Harris King, Law Office-Yuriy Moshes Pc Nyc, Lawless & Mangione LLP, Lawline.Com, Lawpac, Lawrence A Wein Stadium, Lawrence Hospital Center, Lawrence J Berger Pc, Lawrence Nursing Care Ctr, Lawrence Scott Events Ltd, Lawrence's Contractor Inc, Laws Construction, Inc., Lawyer Referral Information, Lawyers For Children, Lazare Potter & Giacovas, Lba Realty, L-C Construction Co, Lcor Inc, Ldi Color Toolbox, Le Vian Corp, Leader & Berkon LLP, League Treatment Ctr, Leahey & Johnson, Leake and Watts Services, Inc, Leap, Learnvest, Inc., Leasinc Limited, Leasing Direct Inc, Leav & Steinberg LLP, Leblon Holdings LLC, Lecht Sciences Inc, Lecroy Corporation, Lee & Associates, Lee Hecht Harrison LLC, Lee Jofa, Lee Strasberg Theater-Film, Leeding Builders Group LLC, Leewood Golf Club, Lefrak Organization, Left Right Inc, Legacy Builders, Legacy Builders/Developers Corp., Legal Interpreting Services Inc., Legal Options Inc, Legal Outreach, Legal Referral Svc Assn, Legal Services Nyc, Leggit Bogt Webb, Legion Lighting Co. Inc., Lehman College, Lehrer Mcgovern Bovis Inc, Lektric Installations Corp, Lemle & Wolff Inc, LendLease, Lenox Advisors, Lenox Hill Hospital, Lenox Hill Neighborhood House, Lenox Hill Radiology, Leo Ingwer Inc, Leon D. Dematteis Construction Corp., Leon Fuel Svc, Leon Henry Inc, Leonard Powers Inc, Leonid Jrupnik, P.E., Leopold Gross & Sommers Pc, Lepercq, Lera Consulting Structural Eng., Lerco Electric LLC, Lerman Diagnostic Imaging, Leroy Street Studio, Les Chateaux De France Inc, Les Csa, Leshkowitz & Co LLP, Leslie E Robertson Assoc, Lettire Construction Corp, Levelwing, Levest Electric Corp, Levidow Levidow Oberman, Levine & Blit PLLC, Levine Builders, Levinson & Santoro Electrical Corp, Levithan Mechanical Corp, Levitt-Fuirst Associates, Ltd, Levy & Sonet Attys, Levy Davis and Maher, LLP, Lewis & Kennedy Inc, Lewis Clifton Nikolaidis Pc, Lewis P C Jackson, Lexicon Communications Corp, Lexin Capital, Lexington Plastic Surgeon, Lexvia Inc, Lfb Media Group, Lhsa + Dp, Li & Fung Usa, Li Saltzman Architects P C, Liakas Law Pc, Lib, Libero and Associates LLC, Liberty Global Logistics LLC, Liberty Lines Inc, Libqual Fence Co, Library Hotel, Lic Beer Project, Licenders, Lichy & Kolb, Lico Contracting Inc, Lieber Chocolate & Food Prod, Liebhaber Construction Inc, Lieff Cabraser Heimann, Lif Industries, Inc., Life's Worc Inc, Lifespire, Lifetime Plumbing, Lifetime Renovations Inc, Lifexpress Inc, Lifshutz & Lifshutz Pc, Light House Designs, Inc., Lighting Design & Application, Lighting Design Group, Lighting Express, Lightspec, Likeable Local, Lim College, Limnes Corp., Limosys Inc, Lincoln Equities Group LLC, Linden Alschuler & Kaplan, Lindsay, Lindsay Goldberg, Linear Environmental Corp, Linear Lighting Corp, Link Theory Holdings Inc., Lion Heart Electric Corp, Lipa/National Grid, Lippolis Electric, Lipsky Goodkin & Co Pc, Liquid Technology, Liro Program & Construction Management, Lirr, Lissner & Lissner LLP, Litehouse Builders, Inc., Litespeed Electric, Little Bird, Little Flower, Little Man Parking, Little Sisters-The Assumption, Little Tikes Play Structures, Littlewolf The Cabinet Shop, Littman Krooks LLP, Liu Electric LLC, Live X, Livingston Electrical Assoc, Liz & Botshon, Lizardos Engineering Assoc Pc, Lkbn Neurology Assoc, Lloyd & Co, Lmc Physician Services, Pc, Lmi, Lmw Engineering Group, LLC., Lnd Inc, Lo Sardo General Contractors Inc, Loan Syndications and Trading Assn, Inc., Local Office Landscape Architecture, Locator Search LLC, Loduca Associates, Loeb and Troper LLP, Loffredo Brooks Architects, Logicworks, Logistics, Logon Sa, Logos Consulting Group LLC, Lollytogs Limited, Lombard Risk

Intl Usa, Lombardi & Assoc, Lombardi Design, Lombardy Hotel, Lompo Federal Credit Union, London Fischer LLP, London Lennie's, London Luxury, London Meat Co, Long Beach Reach, Long Beach School District, Long Island Blood Svc, Long Island Business Inst, Long Island Cardiovascular, Long Island Care, Long Island Care Center, Long Island Concrete Inc, Long Island Consultation Ctr, Long Island Fireproof Door Inc, Long Island Fqhc, Inc., Long Island Graphic, Long Island Heart Assoc, Long Island Internal Medicine, Long Island Jewish, Long Island Jewish Medical Center, Long Island Kidney Assoc Pc, Long Island Laser Bounce, Long Island Queens Hearing, Long Island Rail Road, Long Island Tinsmith Supply Corporation, Long Island University, Long Island Vitreo Retinal, Long Term Home Health Care, Loring Consulting Engineers, Inc, Loring Software, Los Ninos Services Inc, Losardo General Contractor, Lothrop Associates LLP, Lotte New York Palace, Loughlin Management Partners, Louis Grandelli Law Office, Louis J Maccarone Plbg & Htg, Louis Shiffman Electric, Louis Tamis Jewelry, Love To Care, Lovell Safety Management LLC, Lovett Productions Inc, Lower East Side Construction, Lower Eastside Service Center, Inc., Lower Hudson Regional Info Ctr, Lower Manhattan Development Corporation, Lower Manhattan Dialysis Ctr, Lower Manhattan Health Ctr, Lowey Dannenberg, Lowitt Alarms, Loxme Group, Inc., Loy Center, Loyal Kasper, Lrl Construction Inc, LRC Construction, Lsl Construction Svc Inc, Lss Contracting LLC, Lt Apparel Group, Ltu Technologies Inc, Lua Technology Inc, Lucas & Mercanti LLP, Lucky LLC, Ludl Electronic Products, Ludwig Group, Inc, Lufthansa, Luhi Summer Programs, Lui Choy PLLC, Lukasiewicz Design Inc, Lum Danzis Drasco Positan, Lunt-Fontanne Theatre, Lurie Ilchert Macdonnell-Ryan, Luskin Stern Eisler LLP, Lutheran Medical Center, Lutz & Carr, Lux Builders, Inc, Luxottica Group, Luxury Attach, Lycee Francais De New York, Lyden Gardens Hotel, Lynbrook Restorative Therapy and Nursing, Lynch Daskal Emery LLP, Lyneer Search Group, Lynn Cahill LLP, Lynn H Ratner Pc, Lyons & Donahue Contracting, Lyons Mcgovern LLP,

Employer Class Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**EDNY Case No. 1:21-cv-02198**

**Albert E. Percy and Percy Jobs and Careers Corporation an IRC 501(c)(3) non-profit, as Class Representat**

**Judge Rachel P. Kovner and Magistrate Judge James R. Cho**

Via  US Postal Service

I Grace Co, 3718 Northern Blvd # 500, Long Island City, NY 11101-1637;

I M Robbins Consulting Engineers, 15 W 44th St, 2nd Floor, New York, NY 10036-6611;

I Perceptions, 575 Madison Ave # 1006, New York, NY 10022-8511;

I Rise, 575 Madison Ave # 9, New York, NY 10022-8511;

I S Systems Inc, 225 W 34th St # 9, New York, NY 10122-0901;

I Spiewak & Sons Inc, 463 7th Ave # 1100, New York, NY 10018-8700;

I.M. Robbins, P.C Consulting Eng, 56 West 45th Street 7th, 2nd Floor, New York, NY 10036-6611;

Iac/Interactivecorp, 555 W 18th St, New York, NY 10011;

Iace Travel, 18 E 41st St, Fl 3, New York, NY 10017;

Ian Karr Assoc Inc, 15 E 32nd St, New York, NY 10016-5423;

Iannelli Construction Co Inc, 9723 3rd Ave, Brooklyn, NY 11209-7702;

Iatse National Benefit Funds, 417 5th Ave, Fl 3, New York, NY 10016;

Ibc Groups, 341 W 38th St, Fl 2, New York, NY 10018;
Ibc/Shell Packaging, 1981 Marcus Ave # C105, New Hyde Park, NY 11042-2028;
Iberostar 70 Park Avenue, 70 Park Ave, New York, NY 10016-2504;
Ibm Ix, 19 Union Sq W # 1100, New York, NY 10003-3304;
Ibm, 590 Madison Ave, Bsmt L4, New York, NY 10022;
Ic Bus Inc., 380 Chelsea Rd, Staten Island, NY 10314;
Icahn Charter School 6, 1500 Pelham Pkwy S, Frnt 1, Bronx, NY 10461;
Icahn School Of Medicine At Mount Sinai, 5 E 98th St, New York, NY 10029;
Icahn Stadium, 10 Central Rd, New York, NY 10035-1167;
Icas Networking Cables Services, 4219 23rd Ave,Long Island City,NY,11105;
Icav, 4271 Hunter St, Long Is City, NY 11101;
Icc Chemical Corp, 460 Park Ave, Fl 7, New York, NY 10022;
Icd, 123 William St, Fl 5, New York, NY 10038;
I-Chd, 115 W 45th St # 504, New York, NY 10036-4005;
Icl, 125 Broad St, Fl 3, New York, NY 10004;
Icon Development & Constr LLC, 433 W 14th St # 429-3r, New York, NY 10014-1001;
Icon Interiors Inc, 307 7th Ave 2nd Floor New York, NY 10001;
Icon Magazine, 440 Park Ave S # 2, New York, NY 10016-8012;
Iconic Mechanical, 6470 Maurice Ave, Maspeth, NY 11378-1335;
Icor Associates, LLC, 485 Us Highway 1 S, Ste 200, Iselin, NJ 08830-3009;
Ics Builders Inc, 108 W 39th St # 14, New York, NY 10018-8257;
Ics Consulting Partners, 1350 Broadway, Rm 602, New York, NY 10018;
Ics Software Ltd, 3720 Oceanside Rd W, Oceanside, NY 11572-5943;
Icsc, 1251 Avenue Of The Americas, Fl 45, New York, NY 10020;
Id Public Relations, 40 Wall St # 51, New York, NY 10005-1385;
Idc Construction, 2472 Broadway # 125, New York, NY 10025-7449;
Ideal Interiors Group, Po Box 1041, New York, NY 10268-1041;
Ideals App, 99 Wall St # 2000, New York, NY 10005-4301;
Identity Media, 400 W 14th St # 3, New York, NY 10014-1009;
Ideo, 395 Hudson St, Fl 8, New York, NY 10014;
Idesco, 37 W 26th St # 10, New York, NY 10010-1097;
Ids America Inc, 1123 Broadway # 301, New York, NY 10010-2093;
Idust Cleaning Svc, 507 W 186th St # A5, New York, NY 10033-2817;
Ieh Corp, 140 58th St, Ste 8e, Brooklyn, NY 11220;
Iese Business School, 165 W 57th St, New York, NY 10019;
Iesi NY Corp, 577 Court St, Brooklyn, NY 11231;
Ifac, 529 5th Ave, Fl 6, New York, NY 10017;
Ifetayo Cultural Arts Academy Inc., 629 E 35th St, Brooklyn, NY 11203;
Igetsmart, 276 Park Ave S, New York, NY 10010-6160;
Iggi App Inc, 132 E 43rd St # 244, New York, NY 10017-4019;
Igx Construction LLC, 330 W 56th St # 3h, New York, NY 10019-4241;
Ihg, 66 Hale Ave, White Plains, NY 10601;
Ihs Markit, 450 W 33rd St, Fl 5, New York, NY 10001;
Ilevel Solutions LLC, 1359 Broadway, Fl 2, New York, NY 10018;
Ilw.Com, 2 Park Ave # 19, New York, NY 10016-9309;

Image Axis Inc, 38 W 21st St, New York, NY 10010-6906;

Image Office Environments LLC, 1154 Us Highway 22,Mountainside,NJ,07092;

Imagemedia.Com, 19 W 21st St # 903, New York, NY 10010-6846;

Imageon Consulting, 370 Lexington Ave, Rm 2212, New York, NY 10017;

Imagework Technologies Corp, 170 Hamilton Ave, Ste 301, White Plains, NY 10601;

Imaginary Forces LLC, 109 S 5th St, Brooklyn, NY 11249-5501;

Imagination The Americas Inc, 605 W 27th St # 8, New York, NY 10001-1166;

Imagine Software, 22 Cortlandt St, Fl 32, New York, NY 10007;

Imagineer Technology Group, 551 Madison Ave # 14, New York, NY 10022-3426;

Imc Corp, 2545 Hempstead Tpke, East Meadow, NY 11554-2194;

Imesh Inc, 45 Rockefeller Plz # 3225, New York, NY 10111-3296;

Img Artists, 7 W 54th St, New York, NY 10019-3433;

Immigration Equality Inc, 40 Exchange Pl # 1300, New York, NY 10005-2744;

Immigration Filing Svc, 299 Broadway # 620, New York, NY 10007-1996;

Impact Absorption Inc, 233 E Shore Rd Ste 210, Great Neck, NY 11023-2433;

Impact Displays, 2219 41st Ave # 7, Long Island City, NY 11101-4807;

Imperium Construction, 338 Scholes St Brooklyn, NY 11206;

Impulse Dynamics (Usa) Inc., 30 Ramland Rd S, Ste 103, Orangeburg, NY 10962;

Imspire Kids, 2 Fletcher St, Goshen, NY 10924;

In Demand L.L.C., 345 Hudson St, Fl 17, New York, NY 10014;

In Depth Inc., Savannah,Ga;

Inamul Haq Md, 966 50th St, Brooklyn, NY 11219;

Ind Living Assn Inc, 110 York St, Fl 3, Brooklyn, NY 11201;

Indbim, 244 5th Ave # 2452, New York, NY 10001-7604;

Indcorp Fiscal Services Inc, 4315 Austin Blvd, Island Park, NY 11558;

Independence Care System, 25 Elm Pl, Fl 5, Brooklyn, NY 11201;

Independence Residences Inc, 11240 Francis Lewis Blvd, Queens Village, NY 11429-2235;

Independent Coach Corporation, 1145 Railroad Ave, Hewlett, NY 11557;

Independent Components Corp, 528 Hempstead Tpke, West Hempstead, NY 11552-1187;

Independent Living Association, Inc, 479 E 29th St, Brooklyn, NY 11226;

Independent Temperature Control Systems, 117-19-14 Road College Point, NY 11356;

Indicative Inc, 33 W 17th St # 902, New York, NY 10011-5520;

Indigo Moon Inc, 200 W 41st St # 2100, New York, NY 10036-7209;

Individual, 728 King St, Port Chester, NY 10573;

Indus Architect PLLC, 80 Broad St # 1602, New York, NY 10004-2287;

Industrial Pump & Repair, 5946 56th Rd, Maspeth, NY 11378-2330;

Infinate Software Solutions, 1110 South Ave # 303, Staten Island, NY 10314-3411;

Infinicare Inc, 90 Bowery # 305, New York, NY 10013-4727;

Infinity Consulting Solutions, 462 7th Ave # 2, New York, NY 10018-7606;

Infinity Contracting Services, 11214 14th Ave College Point, NY 11356;

Infinity Sunguard, 560 Lexington Ave, New York, NY 10022-6828;

Influenster, 435 Hudson St # 400, New York, NY 10014-3948;

Info Desk Inc, 1 Bridge St # 105, Irvington, NY 10533-1550;

Info Tech Innovations, 190 Wheatley Plz, Greenvale, NY 11548-1316;

Info Tran Engineers, 7715 164th St,Fresh Meadows,NY,11366;

Infogrames Inc, 417 5th Ave, New York, NY 10016-2204;

Infor Inc, 641 Avenue Of The Americas, Fl 4, New York, NY 10011;

Informa Healthcare, 52 Vanderbilt Ave # 7, New York, NY 10017-3846;

Information Builders, Inc., 2 Penn Plz, Fl 28, New York, NY 10121;

Information Management Network, 225 Park Ave S # 7, New York, NY 10003-1604;

Infoserve Technologies Corp, 7937 Cooper Ave, Glendale, NY 11385-7529;

Infosys Technologies Ltd, 1 World Trade Ctr, Ste 45a, New York, NY 10007;

Infrontwebcom, 244 5th Ave, New York, NY 10001-7604;

Infusion Development Corporation, 599 Broadway, Fl 5, New York, NY 10012;

Infusion, 936 Broadway # 5, New York, NY 10010-8101;

Ing Financial Services LLC, 1133 Avenue Of The Americas, Fl 7, New York, NY 10036;

Inge Design, 444 W 44th St, New York, NY 10036;

Ingram Yuzek Gainen Carroll And Bertolot, 150 E 42nd St, Bsmt 1, New York, NY 10017;

Ingrao Inc, 17 E 64th St # 1, New York, NY 10065-7054;

Ingrid Finance, 10412 49th Ave, Corona, NY 11368;

Initiatives LLC, 100 W 33rd St, Fl 4, New York, NY 10001;

Ink 48 Hotel, 653 11th Ave, New York, NY 10036-2004;

Ink, 653 11th Ave, New York, NY 10036;

Inlight Electrical Corporation, 1094 Utica Avenue,Brooklyn,NY,11203;

Inner Space Systems Inc., 162 Prospect Hill Rd, Brewster, NY 10509-2373;

Innisfree M & A Inc, 501 Madison Ave # 20, New York, NY 10022-5606;

Inniss Construction Inc, 8718 Santiago St Jamaica, NY 11435;

Innov Remodeling And Contracting Inc., 149 Westchester Ave, Ste G8, Port Chester, NY 10573;

Innovative Construction, 26 W 18th St New York, NY 10011;

Innovative Electric Of New York, 661 S Columbus Ave Mount Vernon, NY 10550;

Innovax-Pillar, 249 E 48th St New York, NY 10017;

Innovid, 30 Irving Pl, Fl 12, New York, NY 10003;

Innovo Property Group, 1370 Avenue Of The Americas, 19th Floor, New York, NY 10019;

Innside New York No Mad, 132 W 27th St # 142, New York, NY 10001-6202;

Insall Scoot Kelly Institute, 210 E 64th St, New York, NY 10065-7471;

Insight Communications Co. In, 810 7th Ave, Fl 40, New York, NY 10019;

Insight Out Of Chaos LLC, 80 Broad St # 2503, New York, NY 10004-3325;

Insight Venture Management, LLC, 1114 Avenue Of The Americas, Fl 36, New York, NY 10036;

Insite Advantage, 300 Karin Ln, Hicksville, NY 11801-5358;

Insite, 45 W 21st St # 403, New York, NY 10010-6896;

Instep Marketing Inc, 39 Broadway # 32, New York, NY 10006-3047;

Instinet, 309 W 49th St, New York, NY 10019;

Instit For Transportation And Dev Policy, 9 E 19th St, Fl 7, New York, NY 10003;

Institute For Community Living, 650 E 170th St, Bronx, NY 10456-2327;

Institute For Family, 230 W 17th St # A, New York, NY 10011-5366;

Institute For Intl Research, 605 3rd Ave # 22, New York, NY 10158-0007;

Institute-East West Medicine, 102 E 30th St, New York, NY 10016-7369;

Institute-Urban Family Health, 731 White Plains Rd, Bronx, NY 10473-2631;

Institutional Investor LLC., 1120 Avenue Of The Americas, Fl 6, New York, NY 10036;

Intan Corp, 54 Allen St # 201, New York, NY 10002-5380;

Intech Industrial LLC, 1033 Route 46, Clifton, NJ 07013-2473;

Integral Contracting Inc, 36 West 37th Street Penthous,New York,NY,10018;

Integral Yoga Institute, 227 W 13th St, New York, NY 10011-7794;

Integramed Holding Corp, 2 Manhattanville Rd, Ste 401, Purchase, NY 10577;

Integrated Construction Inc, 140 West St, New York, NY 10007-2141;

Integrated Power Services, LLC, 2315 Nw 21st Place Portland, Or 97210;

Integrated Project Delivery, 116 Chambers St # 2, New York, NY 10007-1075;

Integrated Security Svc, 305 Madison Ave # 1563, New York, NY 10165-1519;

Integrated Strategic Resource, 505 8th Ave # 2503, New York, NY 10018-4661;

Integrated Structures Corp, 6851 Jericho Tpke # 225, Syosset, NY 11791-4454;

Integrative Medical Outpatient, 1429 1st Ave, New York, NY 10021-3302;

Integrity Communication Tech. LLC., 92 E Golf St, Sayville, NY 11782-3311;

Integro, 1 State St, Fl 9, New York, NY 10004;

Intelecom Solutions, 1600 Old Country Rd, Plainview, NY 11803-5013;

Intelleges.Com, 3960 Broadway # 530a, New York, NY 10032-1543;

Intelligreen Partners LLC, 257 E 78th St, New York, NY 10075-1201;

Intellitec Securities Svc Inc, 2000 Shames Dr, Westbury, NY 11590-1762;

Inter Contracting Corp, 274 White Plains Rd, Suite 6, Eastchester, NY 10709-4419;

Inter Laperuta Jv, 274 White Plains Rd Ste 6 Eastchester, NY 10709;

Inter Parts Industries Inc, 190 Express St, Plainview, NY 11803-2405;

Interactive Corporation, 555 W 18th St, New York, NY 10011;

Interactive One, LLC, 4 New York Plz, Ste 501, New York, NY 10004;

Interboro Attorney Svc Corp, Po Box 1200, Wantagh, NY 11793-0030;

Interborough Developmental, 1623 Kings Hwy, Brooklyn, NY 11229-1209;

Interbrand Gertsman & Meyers, 130 5th Ave, New York, NY 10011-4306;

Interbrand Health, 195 Broadway # 18, New York, NY 10007-3174;

Intercept Interactive Inc., 340 Madison Ave, Fl 8, New York, NY 10017;

Intercounty Paving Associates, 113 Magnolia Avenue Westbury, NY 11590;

Interfaith Medical Center, 1545 Atlantic Ave, Brooklyn, NY 11213;

Interim Healthcare, 19 Court St, Ste Ll1, White Plains, NY 10601;

Interior Alterations, 45 Main St # 530, Brooklyn, NY 11201-1023;

Interior Building Svc Inc, 247 W 37th St # 1200, New York, NY 10018-5062;

Interior Construction Corporation, 314 E 34th St,New York,NY,10016;

Interior Renovations, 726 Washington St # 1a, New York, NY 10014-2055;

Interlaken Capital Aviation, 154 Airport Rd # V, White Plains, NY 10604-1219;

Intermediate Capital Group, Inc., 250 Park Ave, Ste 810, New York, NY 10017;

International Biometric Group, LLC, 1 Battery Park Plz, Fl 29, New York, NY 10004;

International Brotherhood, 45 W 14th St # 2, New York, NY 10011-7419;

International Business Machines, 1 New Orchard Rd, Ste 1, Armonk, NY 10504;

International Business, 8 Foley Rd, Katonah, NY 10536-3100;

International Culinary Center, 434 Broadway, Fl 7, New York, NY 10013;

International Duplication Ctr, 216 E 45th St # 7, New York, NY 10017-3304;

International Federation-Accts, 529 5th Ave # 6, New York, NY 10017-4649;

International Flavors And Fragrances Inc, 521 W 57th St, Fl 9, New York, NY 10019;

International Institute, 79 Main St, Port Washington, NY 11050-2959;

International Interior Design, 355 Lexington Ave # 15, New York, NY 10017-6603;

International Legal Foundation, 315 W 39th St # 507, New York, NY 10018-3965;

International Management, 22 E 71st St, New York, NY 10021-4975;

International Multiple, 521 W 57th St # 4, New York, NY 10019-2929;

International Planned, 125 Maiden Ln # 9, New York, NY 10038-5063;

International Recovery Systems, 502 Park Ave, New York, NY 10022-1108;

International Rescue Committee, 122 E 42nd St, Fl 12, New York, NY 10168;

International Value Advisers, LLC, 717 5th Ave, Fl 10, New York, NY 10022;

Internet Garage, 218 Bedford Ave # 1c, Brooklyn, NY 11249-3234;

Interphase Electric Contractor Corp, 79 Rocklyn Ave Lynbrook, NY 11563;

Intersoft Associates, 381 Sunrise Hwy # 607, Lynbrook, NY 11563-3006;

Intersystems Corp, 5330 37th St, Long Island City, NY 11101-2034;

Inter-Wire Midwest Inc, 355 Main St, Ste 2, Armonk, NY 10504;

Intl Instit For Learning, Inc, 880 3rd Ave, Fl 12, New York, NY 10022;

Intra Build Construction, 7501 31st Ave, Flushing, NY 11370-1811;

Intralinks Holdings, Inc., 685 3rd Ave, Fl 9, New York, NY 10017;

Intralogic Solutions, 511 Ocean Ave, Massapequa, NY 11758-4606;

Intricate Construction Inc, 450 Commerce St, Hawthorne, NY 10532-1372;

Intuition, 183 Madison Ave # 1101, New York, NY 10016-4501;

Investcorp International, Inc., 280 Park Ave, Fl 36w, New York, NY 10017;

Investment Management Svc, 12 E 49th St # 41, New York, NY 10017-8298;

Inwood Community Svc Inc, 651 Academy St, New York, NY 10034-5003;

Ion Trading, Inc, 1345 Avenue Of The Americas, Fl 49, New York, NY 10107;

Ionaprep, 255 Wilmot Rd, New Rochelle, NY 10804;

Ip Blue, 251 E 32nd St, New York, NY 10016-6304;

Ipanema Press, 37 W 26th St # 302, New York, NY 10010-1047;

Ipeor Inc, 150 W 30th St # 405, New York, NY 10001-4187;

Ipreo Holdings LLC, 1359 Broadway, Fl 2, New York, NY 10018;

Ipreo LLC, 450 W 33rd St, Fl 5, New York, NY 10001;

Ipro, 1979 Marcus Ave, Ste 105, New Hyde Park, NY 11042;

Iqor, 335 Madison Ave, Fl 27, New York, NY 10017;

Iqpc, 535 5th Ave, Fl 8, New York, NY 10017;

Iradix LLC, Po Box 696, New York, NY 10274-0696;

Irc, 122 E 42nd St, Fl 12, New York, NY 10168;

Irep, 980 Park Ave, New York, NY 10028-0805;

Irisvr Inc, 3 W 18th St # 2, New York, NY 10011-4665;

Irm LLC, 39 West Mall, Plainview, NY 11803-4209;

Iron Bridge Constructors Inc, 688 Nassau St North Brunswick, NJ 08902;

Irving Haase, 10813 53rd Ave, Corona, NY 11368;

Irving Place Capital, LLC, 745 5th Ave, Fl 7, New York, NY 10022;

Irving Rubber & Metal Co, 9525 Ditmas Ave, Brooklyn, NY 11236-1826;

Irwin Lewin Cohn & Lewin, 355 Lexington Ave # 800, New York, NY 10017-6603;

Isabella Geriatric Center, 515 Audubon Ave, New York, NY 10040;

Isda, 10 E 53rd St, Fl 9, New York, NY 10022;

Ishta Yoga, 56 E 11th St, New York, NY 10003-6005;

Isis Plumbing Inc, 4141 24th St Ste 3, Long Island City, NY 11101-3904;
Island Auto Group, 1590 Hylan Blvd, Staten Island, NY 10305-1926;
Island Cardiac Specialists, 1401 Franklin Ave, Garden City, NY 11530-1613;
Island Charter Inc, 380 Chelsea Rd, Staten Island, NY 10314;
Island Eye Surgicenter, 825 E Gate Blvd # 111, Garden City, NY 11530-2136;
Island International Exterior, 1 Battery Park Plz # 2902, New York, NY 10004-1424;
Island Medical Group, 789b Old Country Rd, Plainview, NY 11803-4930;
Island Musculoskeletal Care, 1512 Broadway, Hewlett, NY 11557-1429;
Island Neurological, 824 Old Country Rd # 1, Plainview, NY 11803-4989;
Island Pavement Cutting Co., 84 Kean St, West Babylon, NY 11704-1209;
Island Peer Review Inc, 1979 Marcus Ave # 105, New Hyde Park, NY 11042-1072;
Island Photography, 139 Haven Ave, Prt Washingtn, NY 11050;
Island Rehab, 12046 Queens Blvd, Kew Gardens, NY 11415-1204;
Island Rock, 60 Skyline Dr, Plainview, NY 11803-2510;
Ismael Leyva Architect Pc, 48 W 37th St, New York, NY 10018-7487;
Isobar, 32 Avenue Of The Americas # 17, New York, NY 10013-2473;
Israeloff Trattner And Co, 1225 Franklin Ave, Ste 200, Garden City, NY 11530;
Israeloff Trattner Co, 1225 Franklin Ave # 200, Garden City, NY 11530-7904;
Issac & Stern Architects, 25 W 31st St, New York, NY 10001-4413;
Italian Trade Commission, 33 E 67th St, New York, NY 10065-5949;
Itau, 540 Madison Ave, Fl 24, New York, NY 10022;
Ithaka Harbors Inc, 2 Rector St, Fl 18, New York, NY 10006;
Itochu Prominent Usa LLC, 1411 Broadway, Fl 7, New York, NY 10018;
Itr Industries Inc, 441 Saw Mill River Rd, Yonkers, NY 10701-4913;
Itrs Group, 711 3rd Ave # 1802, New York, NY 10017-4120;
Itt Corporation, 1133 Westchester Ave, Ste N-100, White Plains, NY 10604;
Ivoire Car Svc, 1936 Madison Ave, New York, NY 10035-1821;
J & B Body Work, 38 Beach St, Mt Vernon, NY 10550-1702;
J & D Carrying & Construction Corp., 9544 115th St Bsmt, South Richmond Hill, NY 11419-1126;
J & G Electrical Corp, 703 Rosewood St # 705,Bronx,NY,10467;
J & G Electrical Corp., 857 Southern Blvd Bronx, NY 10459;
J & J Bronze & Aluminum, Po Box 220351, Brooklyn, NY 11222-0351;
J & J Johnson General Cntrctng, 4225 12th St, Long Island City, NY 11101-4903;
J & N Construction Group Corp, 9753 85th St Ozone Park, NY 11416;
J & S Supply Corp, 3898 Review Ave, Long Island City, NY 11101-2019;
J & Y Electric And Intercom Company Inc, 1991 Lexington Ave,New York,NY,10035;
J Anthony Enterprises, 1606 9th Ave Bohemia, NY 11716;
J Atacama Inc, 900 W End Ave # 6b, New York, NY 10025-3562;
J B Waste Oil Co, 1818 41st St, Astoria, NY 11105-1025;
J C C Construction Corp, 24-02 39th Ave, Long Island City, NY 11101;
J D Robinson Inc, 130 E 59th St # 17, New York, NY 10022-1341;
J Dannunzio & Sons, Inc., 136 Central Ave, Clark, NJ 07066-1142;
J Ferreira Construction Inc, 77 Brookwood Dr, Briarcliff Manor, NY 10510-2041;
J Foster Phillips Funeral Home, 17924 Linden Blvd, Jamaica, NY 11434-1496;
J Frankl C Mallea Associates Architects Engineers, 16 Court Street 36th Floor, Brooklyn, NY 11241;

J G Salas & Sons Inc, 601 Union Ave Union Beach, NJ 07735;

J J Creations Inc, 4742 37th St, Long Island City, NY 11101-1804;

J J Curran & Son Flooring, 501 S Pearl St Albany, NY 12202;

J J Rosenberg Elec Contrs Inc, 27 Herkimer Pl, Brooklyn, NY 11216-2713;

J J Sedelmaier Productions Inc, 199 Main St, White Plains, NY 10601-3200;

J K B Contracting, 201 Park Avenue Hicksville, NY 11801;

J Kokolakis Contracting Inc, 1500 Ocean Ave Bohemia, NY 11716;

J L J Iii Enterprises Inc, 21319 99th Ave, Queens Village, NY 11429-1134;

J Pizzirusso Landscaping, 2158 E 72nd St Brooklyn, NY 11234;

J S D Construction Group, 379 W Broadway # 1, New York, NY 10012-5121;

J Smith Assoc, 420 Lexington Ave # 1708, New York, NY 10170-1712;

J Sussman Inc, 10910 180th St, Jamaica, NY 11433-2622;

J T Cleary Inc, 8 Railroad Avenue, Montvale, NJ 07645;

J T Falk & Co LLC, 227 W 19th St, New York, NY 10011-4071;

J Tang Co Inc, 198 Canal St # 601, New York, NY 10013-4535;

J W P Welsbach Electric Corporation, 19-49 42 Street, Long Island City, NY 11105;

J&H Electrical Contracting Inc, 2568 East 17th Street, Suite 101 Office 2, Brooklyn, NY 11235;

J&N Construction Group, 3029 Brighton 7th St Brooklyn, NY 11235;

J. Crew Inc., 770 Broadway, Fl 11, New York, NY 10003;

J. J. Curan & Son, Inc., 501 S Pearl St Albany, NY 12202;

J. Petrocelli Contracting, Inc., 100 Comac St, Ronkonkoma, NY 11779-6928;

J. Pizzirusso Landscaping Corp., 7104 Avenue W, Brooklyn, NY 11234-6647;

J. Walter Thompson Company, 466 Lexington Ave, Fl 2, New York, NY 10017;

J.B. Homer Associates, Inc., 300 E 59th St, Apt 1805, New York, NY 10022;

J.Calnan & Associates Inc, 3 Batterymarch Park Fl 5,Quincy,Ma,02169;

J.G. Electrical Testing Corporation, 1644 Ferro Lane,Toms River,NJ,08755;

J.P. & C. Construction, Inc, 38 South St, Roslyn Heights, NY 11577-1715;

J.Pizzirusso Landscaping Corp, 2400 E 69th St, Brooklyn, NY 11234;

Jacan Plumbing & Heating, 312 5th Ave, New Rochelle, NY 10801-2035;

Jack Green & Assoc, 242 W 36th St # 602, New York, NY 10018-8968;

Jackie Robinson Swimming Pool, 86 Bradhurst Ave, New York, NY 10039-3307;

Jackson Lewis Llp, 666 3rd Ave, Fl 29, New York, NY 10017;

Jacob A Riis Neighborhood, 3309 35th Ave, Astoria, NY 11106-1220;

Jacob Civil Consultants, 54 Central Ave Staten Island, NY 10301;

Jacob Fuchsberg Law Firm, 3 Park Ave # 3700, New York, NY 10016-5919;

Jacob K Javits Convention Center, 655 W 34th St, New York, NY 10001;

Jacobi Medical Center, 1400 Pelham Pkwy S, Bronx, NY 10461;

Jacobi Pediatric Clinic, 1400 Pelham Pkwy S # 8, Bronx, NY 10461-1197;

Jacobs & Burliegh Llp, 1270 Avenue Of The Americas #7, New York, NY 10020-1702;

Jacobs Engineering, 412 Mount Kemble Ave, Morristown, NJ 07960-6666;

Jacobs, 2 Penn Plz Suite 603, New York, NY 10121-0650;

Jacobson Mermelstein & Squire, 485 Madison Ave # 11, New York, NY 10022-5822;

Jacoby & Meyers Llp, 39 Broadway # 1910, New York, NY 10006-3006;

Jaffe & Koumourdas, 40 Wall St # 12, New York, NY 10005-1470;

Jaffe A A Div-Sandberg-Skrsk, 37 W 26th St # 11, New York, NY 10010-1054;

Jaidan Industries Inc., 16 Capi Ln, Prt Washingtn, NY 11050;

Jaidan Industries, 16 Capi Ln, Port Washington, NY 11050-3410;

Jam Consultants Inc, 104 W 29th St # 9, New York, NY 10001-5310;

Jamaica Anesthesia Assoc Pc, 8900 Van Wyck Expy, Jamaica, NY 11418-2832;

Jamaica Bearings, 1700 Jericho Tpke, Ste 1, New Hyde Park, NY 11040;

Jamaica Hospital Medical Center, 8900 Van Wyck Expy,, Jamaica, NY 11418;

Jamcob Electric LLC, 370 E 146th St,Bronx,NY,10455;

James A Jennings Co Inc, 211 E 43rd St # 1400, New York, NY 10017-4788;

James C Lomax Construction, 288 Decatur St # 1, Brooklyn, NY 11233-1760;

James Corner Field Operations, 475 10th Ave, 10th Floor, New York, NY 10018-1120;

James E Fitzgerald, 48 W 38th St # 9, New York, NY 10018-0042;

James F. Volpe Elect Const Corp, 81 Sacket St Brooklyn, NY 11231;

James H Maloy Inc, 421 Albany Shaker Rd,Loudonville,NY,12211;

James Hotel, 27 Grand St, New York, NY 10013;

James Lynn Law Offices, 1 Exchange Plz # 1501, New York, NY 10006-3770;

James M Abramson Law Office, 375 5th Ave # 4, New York, NY 10016-3323;

James Ontra, 440 Park Ave S, New York, NY 10016-8012;

Jams, Inc., 620 8th Ave, Fl 34, New York, NY 10018;

Jan Hird Pokorny Assoc Inc, 306 E 51st St, New York, NY 10022-7803;

Jan Renovation, 2 Allen St # 3a, New York, NY 10002-5382;

Janco Inc, 20224 Rockaway Point Blvd, Breezy Point, NY 11697-1113;

Janover LLC, 100 Quentin Roosevelt Blv #516, Garden City, NY 11530-4843;

Jansen Hospice-Palliative Care, 670 Post Rd # 213, Scarsdale, NY 10583-5024;

Janson Goldstein Llp, 354 Broadway, New York, NY 10013-3908;

Jaral Properties Inc, 126 3rd St, Ste 200, Mineola, NY 11501;

Jared F Brandoff Md, 222 Westchester Ave # 101, West Harrison, NY 10604-2923;

Jaros Baum & Bolles, 80 Pine St Fl 12, New York, NY 10005-1702;

Jaroslawicz & Jaros PLLC, 225 Broadway # 2400, New York, NY 10007-3726;

Jarro Building Industries Corp, 1796 Hempstead Tpke, East Meadow, NY 11554-1095;

Jasa-Jewish Assn For Svces, 9777 Queens Blvd # 600, Rego Park, NY 11374-3334;

Jasci Jasci, 520 White Plains Rd # 500, Tarrytown, NY 10591-5118;

Jaspen Schlesinger Llp, 300 Garden City Plz # 5, Garden City, NY 11530-3333;

Jasper Venture Group, 147 Whitson St, Forest Hills, NY 11375-6853;

Javu Technologies Inc, 62 Chelsea Piers, New York, NY 10011-1015;

Jawonio Inc, 260 N Little Tor Rd, New City, NY 10956;

Jay Goldberg Law Office, 250 Park Ave # 2020, New York, NY 10177-2021;

Jay S, 485 Fulton St, Brooklyn, NY 11201-5213;

Jay Suites, 1370 Broadway # 5, New York, NY 10018-7350;

Jaysan Contracting Corp, 18 Delaware Pl, Hempstead, NY 11550-3422;

Jazz At Lincoln Ctr, 3 Columbus Cir # 1200, New York, NY 10019-8727;

Jb Martin Co, 1350 Broadway # 820, New York, NY 10018-0949;

Jb Screen Ptg & Embroidery, 172 Rivington St # 1a, New York, NY 10002-2525;

Jcc Construction, 2402 39th Ave, Long Island City, NY 11101-3614;

Jcc Lillian Schwartz Day Cmp, 1466 Manor Rd, Staten Island, NY 10314-7027;

Jcdecaux North America Inc, 350 5th Ave, Fl 73, New York, NY 10118;

Jc-Duggan Inc., 320 Maspeth Ave, Brooklyn, NY 11211;

Jdc LLC, 711 3rd Ave, Fl 10, New York, NY 10017;

Jdf Interiors, 35 E 38th St # 11d, New York, NY 10016-2524;

Jdm Contracting, 310 Rose Feiss Blvd, Bronx, NY 10454-2017;

Jdrf International, 3 World Financial Ctr, Frnt, New York, NY 10281;

Jdx Consulting Ltd, 579 5th Ave # 12, New York, NY 10017-8767;

Jed Engineers, 32 Broadway Ste 514, New York, NY 10004-1664;

Jed Foundation, 6 E 39th St # 1200, New York, NY 10016-0112;

Jeffer Funeral Homes, 11403 Queens Blvd, Forest Hills, NY 11375-6554;

Jeffrey Mullooly Rooney Flynn, 6851 Jericho Tpke # 220, Syosset, NY 11791-4449;

Jeffrey Samel & Partners, 150 Broadway # 1600, New York, NY 10038-4320;

Jek Communications Inc, 716 S Columbus Ave, Mt Vernon, NY 10550-4717;

Jemco Electrical Contractors, Inc., 271 42nd Street Queens, NY 11433;

Jen-El Construction Corp, 23 Meacham Ave, Elmont, NY 11003-2609;

Jenkins & Huntington, 1251 Avenue Of The Americas, Suite 920, New York, NY 10020-1104;

Jenner And Block Llp, 919 3rd Ave, Fl 37, New York, NY 10022;

Jennifer Doyle, Human Resources Specialty Care, 235 E 42nd St, Rm 107, New York, NY 10017;

Jennison Associates, 466 Lexington Ave, Fl 17, New York, NY 10017;

Jerrick Associates Inc, 86 Hausman St, Brooklyn, NY 11222-3731;

Jerry Ganz Inc., Scranton,Pa,18509;

Jerusalem Petroleum C, 196 Henry St, Hempstead, NY 11550-6333;

Jes Plumbing & Heating Corp, 355 Butler St, Brooklyn, NY 11217-2701;

Jet Way Security, 151 S Service Rd # 23, Jamaica, NY 11430-1207;

Jetblue Airways Corporation, 27-01 Queens Plaza N, Long Island City, NY 11101;

Jethro Data, 225 W 83rd St # 18m, New York, NY 10024-4963;

Jetro Holdings, LLC, 1524 132nd St, College Point, NY 11356;

Jett Industries Inc, 121 Willow Lane, Po Box 219, Colliersville, NY 13747-0219;

Jewel Electric Supply Co., 455 3rd St Jersey City, NJ 07302;

Jewel Hotel, 11 W 51st St # 1, New York, NY 10019-6995;

Jewish Agency American, 633 3rd Ave # 21, New York, NY 10017-8157;

Jewish Center Of Brighton Beach, 2915 Ocean Parkway, Brooklyn, NY 11235;

Jewish Child Care Association, 858 E 29th St, Brooklyn, NY 11210;

Jewish Community Ctr, 1466 Manor Rd, Staten Island, NY 10314-7027;

Jewish Federations, Po Box 157, New York, NY 10268-0157;

Jewish Home Lifecare, Inc., 104 W 29th St, Fl 8, New York, NY 10001;

Jfj Fuel Inc, 705 Nepperhan Ave # 707, Yonkers, NY 10703-2313;

Jfk Advanced Medical Pc, 75 N Hangar Rd # 208a, Jamaica, NY 11430-1802;

Jfk International Air Terminal LLC, 309 Wilson Ave, Apt 3r, Brooklyn, NY 11237;

Jfk&M Consulting Group, 134 W 37th St, New York, NY 10018-6911;

Jgmv - Video & Photo, 205 Gower St, Staten Island, NY 10314-5311;

Jgn Construction Corp, 6640 69th St,Middle Village,NY,11379;

Jgn Maintenance, 2521 49th St, Astoria, NY 11103-1120;

Jiji Press America Lid, 70 E 55th St # 400, New York, NY 10022-3222;

Jim Henson Co, 627 Broadway # 9, New York, NY 10012-2632;

Jimlar Corporation, 160 Great Neck Rd, Great Neck, NY 11021;

Jkb Contracting Inc, 55 N Broadway,Hicksville,NY,11801;

Jlg Architectural Products, 2755 W Market St Ste C, York, Pa 17404-5548;

Jlj Enterprises Inc, 21319 99th Ave, Jamaica, NY 11429-1134;

Jm Consulting, 130 Pond Way, Staten Island, NY 10303;

Jmc Stone Corp., 323 Willis Ave, Mineola, NY 11501-1532;

Jmc, 120 Bedford Rd, Armonk, NY 10504-1862;

Jmd Building Products LLC, 40 Pier Ln W, Fairfield, NJ 07004-2532;

Jmj Electrical Corp, 3411 10th St,Long Island City,NY,11106;

Joadem Corp., 353 Hempstead Tpke, Elmont, NY 11003-1536;

Job Path, Inc., 22 W 38th St, Fl 11, New York, NY 10018;

Jobco Inc, 277 Northern Blvd Ste 203, Great Neck, NY 11021-4703;

Jocar Asphalt LLC, P.O. Box 530,Old Bethpage,NY,11804;

Joe Schneider Construction, 120 Austin Blvd, Island Park, NY 11558-1640;

Joel Berman Assoc Inc, 4203 35th St, Long Island City, NY 11101-2301;

Joele Frank Assoc LLC, 622 3rd Ave # 36, New York, NY 10017-6798;

Joes Pest Control, 1007 Carroll St, Brooklyn, NY 11225-1908;

John A Hartford Fdtn, 55 E 59th St, Fl 16, New York, NY 10022;

John A Lanzone Md, 173 Mineola Blvd, Ste 406, Mineola, NY 11501;

John A Vassilaros & Son Inc, 2905 120th St, Flushing, NY 11354-2505;

John Ciardullo Assoc, 417 5th Ave # 8, New York, NY 10016-2246;

John Civetta & Sons Inc, 1123 Bronx River Ave, Bronx, NY 10472-3101;

John Dineen Contracting Co., 19 Banner 3rd Rd,Brooklyn,NY,11235;

John E Osborn Pc, 7 Penn Plz # 914, New York, NY 10001-3924;

John Gallin & Son, 102 Madison Ave # 9, New York, NY 10016-7583;

John Grando Inc, 6808 Woodside Ave, Woodside, NY 11377-3947;

John Nicelli Law Offices, 225 Broadway # 1040, New York, NY 10007-3781;

John P Picone Inc, 31 Garden Lane, Po Box 9013, Lawrence, NY 11559-1126;

John Petrocelli Construction, Inc, 7e Abbott Ave Palisades Park, NJ 07650;

John Weidl Assoc Inc, 379 Huguenot St, New Rochelle, NY 10801-7008;

Johnson & Hoffman LLC, Po Box 343, Carle Place, NY 11514-0343;

Johnson Bros Inc, 496 Mosel Ave Staten Island, NY 10304;

Johnson Tannen Brecher Fishman, 25 Newbridge Rd # 203, Hicksville, NY 11801-2887;

Jomark, 485 S Broadway # 3, Hicksville, NY 11801-5071;

Jonan Products And Services, Inc., 2793 Milburn Ave, Baldwin, NY 11510;

Jonas Upholstery, 44 W 18th St # 10, New York, NY 10011-4648;

Jonathan Arnold Inc, 3415 Hampton Rd, Oceanside, NY 11572-4835;

Jonathan Beth Conslnts NY LLC, 108 W 39th St # 710, New York, NY 10018-3866;

Jonathan C Reiter Law Firm, 350 5th Ave # 6400, New York, NY 10118-6400;

Jonathan Levine Photography, 366 Broadway # 7a, New York, NY 10013-3920;

Jonathan Moore Atty Law Ofc, 99 Park Ave # 1600, New York, NY 10016-1607;

Jonathan Rose Companies, 551 5th Ave Fl 23, New York, NY 10176-0001;

Jones Jones Larkin & O'connell, 5 Hanover Sq # 1001, New York, NY 10004-2675;

Jones Lang Lasalle, 330 Madison Ave, New York, NY 10017-5001;

Joralemon Associate, 186 Joralemon St, Brooklyn, NY 11201-4356;

Jorama Consulting Inc, 265 Post Ave # 200, Westbury, NY 11590-2234;

Jordan Edmiston Group, 150 E 52nd St # 18, New York, NY 10022-6260;

Jordan Opticians, 149 Pierrepont St, Brooklyn, NY 11201-2712;

Jos H Lowenstein & Sons Inc, 420 Morgan Ave, Brooklyn, NY 11222-5799;

Joseph Dibenedefto Law Office, 233 Broadway # 2707, New York, NY 10279-2705;

Joseph Donovan, 10 Valley Rd, Plandome, NY 11030-1427;

Joseph L Balkan Inc, 13001 Jamaica Ave, Richmond Hill, NY 11418-2612;

Joseph Lombardi Pell, 412 Broadway # 4, New York, NY 10013-3594;

Joseph M Sanzari Inc, 90 W Franklin Street Hackensack, NJ;

Joseph P Addabbo Family Health, 6200 Beach Channel Dr, Far Rockaway, NY 11692-1409;

Joseph Papp Public Theatre, 425 Lafayette St, New York, NY 10003-7087;

Joseph R Loring & Assoc Inc, 360 W 31st St # 14, New York, NY 10001-2799;

Joseph Shalhoub & Son Inc, 1258 Prospect Ave, Brooklyn, NY 11218-1304;

Joseph Weinstein Elec Corp, 9424 88th St, Jamaica, NY 11416-1397;

Jou Jou Designs Inc, 1407 Broadway # 507, New York, NY 10018-5483;

Joy Construction Corp, 40 Fulton St Fl 21, New York, NY 10038-1850;

Joystick Interactive Corp, 25 Broadway # 9, New York, NY 10004-1058;

Joyva Corp, 53 Varick Ave, Brooklyn, NY 11237-1523;

Jp Construction Inc, 145 72nd St # E12, Brooklyn, NY 11209-1972;

Jp Hogan Coring And Sawing C, 680 Gulf Ave, Staten Island, NY 10314;

Jp Marking Inc, 664 Blue Point Rd Ste D, Holtsville, NY 11742-1834;

Jp Mchale Pest Management Inc, 241 Bleakley Ave, Buchanan, NY 10511-1001;

Jp Morgan Chase Na, 383 Madison Ave, New York, NY 10179;

Jp Morgan Chase, 4 Chase Metrotech Ctr, Fl 22, Brooklyn, NY 11245;

Jpl Industries, 2400 E 69th St, Brooklyn, NY 11234;

Jpp Plumbing LLC, 540 Kingsland Ave Brooklyn, NY 11222;

Jpr Builders 07 Inc, 118-18 Marsden St,Jamaica,NY;

Jpr Mechanical Inc, 255 Main St New Rochelle, NY 10801;

Jr Cruz Corp, 675 Line Rd, Aberdeen, NJ 07747-1246;

Jri America Inc, 277 Park Ave # 6, New York, NY 10172-0601;

Jrm Construction Management, 34 E 51st St, New York, NY 10022-7073;

Js Reps Corp, 48 Greene St # 4, New York, NY 10013-6206;

Jsb Partners Inc, 747 3rd Ave, Rm 1501, New York, NY 10017;

Jt Cleary Inc, 100 Red Schoolhouse Rd Chestnut Ridge, NY 10977;

Jt Roselle Lighting & Supply, 333 N Bedford Rd # 120, Mt Kisco, NY 10549-1158;

Jtp Plumbing, 37 Blackheath Rd, Lido Beach, NY 11561;

J-Track LLC, 1123 Wells Mills Rd, Waretown, NJ 08758;

Judicial Paralegal Svc, 245 5th Ave # 1002, New York, NY 10016-8739;

Judith Heintz Landscape Architecture, 62 Pearl Street, 5th Floor, New York, NY 10004-2435;

Judlau Contracting Inc, 2615 Ulmer St College Point, NY 11357;

Julian A Mcdermott Corp, 1639 Stephen St, Ridgewood, NY 11385-5345;

Jun Wang & Assoc, 165 W 46th St # 1100, New York, NY 10036-2516;

June Jacobs Labs, LLC, 460 Park Ave, Fl 16, New York, NY 10022;

Junior Achievement Of New York, 420 Lexington Ave # 205, New York, NY 10170-0299;

Juno Healthcare Staffing Syst, 9131 Queens Blvd # 509, Elmhurst, NY 11373-5542;

Jupiter Environmental Services, 323 Changebridge Rd Ste 100, Pine Brook, NJ 07058-9516;

Juris Solutions Inc, 33 Queens St # 201, Syosset, NY 11791-3063;

Just Real Construction, 1349 E 38th St, Brooklyn, NY 11234-2807;

Justworks Inc, 601 W 26th St, Rm 400, New York, NY 10001;

Juva Skin & Laser Ctr, 60 E 56th St # 2, New York, NY 10022-3350;

Jvn Restoration Inc, 47 Foster Rd Staten Island, NY 10309;

Jw Michaels And Co. LLC, 335 Madison Ave, Rm 800, New York, NY 10017;

Jwalk, 419 Park Ave S # 16, New York, NY 10016-8410;

Jzanus Home Care Inc, 170 Jericho Tpke, Floral Park, NY 11001-2024;

Jzn Engineering, Pc., 99 Morris Avenue Suite 302, Springfield, NJ 07081;

K & K Construction Inc, 14 E 38th St, New York, NY 10016-0005;

K & L Management Consulting, 363 7th Ave, New York, NY 10001-3904;

K & M, 385 Broadway # 1, New York, NY 10013-6032;

K & V Construction, 267 Jewett Ave Staten Island, NY 10302;

K B Assoc Inc, 200 W 70th St # 17f, New York, NY 10023-4326;

K D One Construction Inc, 510 E 13th St, New York, NY 10009-3533;

K M Assoc Of NY Inc, 158 W 29th St # 7, New York, NY 10001-5300;

K M Electric, 132 W 31st St # B, New York, NY 10001-3413;

K S Engineers, 65 Broadway # 1002, New York, NY 10006-2542;

K V Power Electric Inc, 2928 Newtown Ave Astoria, NY 11102;

K W Tech Corp, 146 - 148 Front St Hempstead, NY 11550;

K&A Engineering Consulting P, 445 Hamilton Ave Ste 406, White Plains, NY 10601-1825;

K.P Construction & Renovation Inc., 2920 Brighton 12th St,Brooklyn,NY;

K2 Intelligence, LLC, 845 3rd Ave, Fl 15, New York, NY 10022;

Kab Electric Corp, 19032 Jamaica Ave,Jamaica,NY,11423;

Kaback Enterprises Inc, 318 W 39th St # 2, New York, NY 10018-1496;

Kader Lithographers, 525 W 52nd St # 4, New York, NY 10019-5074;

Kaeyer Garment-Davidson, 285 E Main St, Mt Kisco, NY 10549-3002;

Kafka Construction Inc, 3608 9th St Long Island City, NY 11106;

Kahn Gordon Timko & Rodriques, 20 Vesey St # 300, New York, NY 10007-4242;

Kahuna Software Inc, 250 Park Ave # 7, New York, NY 10177-0799;

Kai Kai Kiki Nyllc, 517 46th Rd, Long Island City, NY 11101-5317;

Kajima Usa, 350 5th Ave # 5340, New York, NY 10118-5304;

Kalangala Infrastructure Svc, 902 Broadway, New York, NY 10010-6002;

Kaltura Inc, 250 Park Ave S # 10, New York, NY 10003-1402;

Kanban Solutions LLC, 41 E 11th St # 11, New York, NY 10003-4602;

Kane Davey Associates Inc, 1700 Post Rd, Fairfield, Ct 06824-5795;

Kane Kessler Pc, 666 3rd Ave # 23, New York, NY 10017-4896;

Kanta Electric Corp, 3421 56th St, Woodside, NY 11377-2121;

Kantor Davidoff Wolfe, 420 Lexington Ave # 1830, New York, NY 10170-1830;

Kaplan, Inc., 395 Hudson St, Fl 3, New York, NY 10014;

Kaplow Communications, 19 W 44th St # 601, New York, NY 10036-5900;

Kaprielian Enterprises, 207 W 25th St # 8, New York, NY 10001-7158;

Kapris Inc, 56 Spring St Ste Ll Edison, NJ 08820;

Karasyk & Moshella Llp, 233 Broadway # 2340, New York, NY 10279-2302;

Karbone, 201 E 42nd St # 3004, New York, NY 10017-5722;

Karbra Co, 460 Park Ave # 401, New York, NY 10022-1848;

Karen Horney Clinic, 329 E 62nd St # 1, New York, NY 10065-7788;

Karen Martin, 601 W 26th St # 522, New York, NY 10001-1137;

Karey Kassl Corp, 180 Terminal Dr, Plainview, NY 11803-2324;

Karim Rashid Inc, 428 W 54th St, New York, NY 10019-4406;

Kario Construction Corp, 114 Essex St Fl 3 Rochelle Park, NJ 07662;

Karlitz & Co Inc, 200 W 41st St # 1004, New York, NY 10036-7213;

Kasirer Consulting, 321 Broadway, New York, NY 10007-1111;

Katco Electric, 44-15 Barnett Avenue Long Island City, NY 11104;

Kate Spade And Company, 2 Park Ave, Fl 8, New York, NY 10016;

Kathryn Mcwilliams, Training Professional, 235 E 42nd St, Rm 107, New York, NY 10017;

Katlowitz & Assoc, 270 Madison Ave # 1203, New York, NY 10016-0601;

Katsky Korins Llp, 605 3rd Ave # 16, New York, NY 10158-1699;

Katz Dochterman & Epstein, 129 W 27th St # 11, New York, NY 10001-6206;

Kauff Mcguire & Margolis Llp, 950 3rd Ave # 14, New York, NY 10022-2773;

Kauffman Brad A, 40 Exchange Pl # 1400, New York, NY 10005-2737;

Kaufman Astoria Studios, 3412 36th St, Astoria, NY 11106-1229;

Kaufman Borgeest And Ryan, 200 Summit Lake Dr, Ste 110, Valhalla, NY 10595;

Kaufmann Gildin & Robbins Llp, 767 3rd Ave # 30, New York, NY 10017-2092;

Kaye Scholer Llp, 425 Park Ave, Fl 12, New York, NY 10022;

Kazlow & Kazlow, 237 W 35th St # 14b, New York, NY 10001-1905;

Kbls, 307 Mamaroneck Rd, Scarsdale, NY 10583;

Kbr NY, 838 Avenue Of The Americas # 5, New York, NY 10001-4194;

Kc Renovation, 119 W 57th St # S, New York, NY 10019-2303;

Kd Hercules Group Inc, 3512 19th Ave Astoria, NY 11105;

Kddi International Inc, 85 10th Ave, New York, NY 10011-4725;

Keane & Beane Pc, 445 Hamilton Ave # 1500, White Plains, NY 10601-1887;

Keevily Spero Whitelaw, Inc, 500 Mamaroneck Ave, Ste 404, Harrison, NY 10528;

Keith C Jewell Pc, 393 Old Country Rd # 300, Carle Place, NY 11514-2131;

Kel Mar Construction, 317 E 111th St, New York, NY 10029-3135;

Kel Medical Center, 1917 Bedford Ave, Brooklyn, NY 11225;

Kel Tech Construction Inc, 1211 Redfern Ave, Far Rockaway, NY 11691-3817;

Kelco Construction, 40 Austin Blvd, Commack, NY 11725-5702;

Kellenberg Hs, 1400 Glenn Curtiss Blvd, Uniondale, NY 11553;

Keller - North America, 100 Stickle Ave, Rockaway, NJ 07866-3146;

Kelley Drye And Warren Llp, 101 Park Ave, Fl 30, New York, NY 10168;

Kellner Dileo Co Lp, 900 3rd Ave # 1000, New York, NY 10022-3326;

Kelly Rode & Kelley Llp, 330 Old Country Rd # 305, Mineola, NY 11501-4170;

Kelman Winston & Vallone, 291 Broadway # 1600, New York, NY 10007-0083;

Kelnard Refrigeration, 3826 10th St, Long Island City, NY 11101-6112;

Kel-Tech Construction Inc., 12-11 Redfern Avenue,Far Rockaway,NY,11691;

Kemnay Advisory Svc Inc, 45 Rockefeller Plz # 2100, New York, NY 10111-2199;

Kempinski Hotels S A, Po Box 341, Bethpage, NY 11714-0341;

Ken Ben Industries, 1908 Shore Pkwy, Brooklyn, NY 11214-7122;

Kendal On Hudson, 1010 Kendal Way, Sleepy Hollow, NY 10591;

Kennedy Lillis Schmidt English, 75 Maiden Ln # 402, New York, NY 10038-4816;
Kenny Liu, 315 Church Street 4th Fl, New York, NY 10013;
Kensington Publishing Corp, 119 W 40th St # 21, New York, NY 10018-2522;
Kensington Vanguard, 39 W 37th St, New York, NY 10018-6217;
Kent Capital, 99 Wall St # 1012, New York, NY 10005-4301;
Kepco Inc, 13138 Sanford Ave, Flushing, NY 11355-4245;
Keri Coach Works, 15 Urban Ave, Westbury, NY 11590-4821;
Kerley Walsh Matera-Cinquemani, 2174 Jackson Ave, Seaford, NY 11783-2608;
Kerns Manufacturing Corp, 3714 29th St, Long Island City, NY 11101-2690;
Ketchum Inc., 1285 Avenue Of The Americas, Rm 401, New York, NY 10019;
Kew Electrical Service Inc, 1428 Hylan Blvd Staten Island, NY 10305;
Kew Gardens Dialysis Ctr, 12046 Queens Blvd, Kew Gardens, NY 11415-1204;
Kew Management, 1123 Broadway, Ste 407, New York, NY 10010;
Key Developers Inc, 670 Myrtle Ave Suite 370, Brooklyn, NY 11205;
Key Restoration Corp, 3611 Henry Hudson Pkwy # Ld, Bronx, NY 10463-1545;
Key Systems Inc, 330 W 42nd St # 2410, New York, NY 10036-6978;
Keyme, 5 Penn Plz, Fl 10, New York, NY 10011;
Keystone Management Inc, 15165 Ventura Blvd Ste 140, Sherman Oaks, Ca 91403-3390;
Kg Construction Assocs Inc, 1961 Melthew Ct Merrick, NY 11566;
Kgbtexas, 655 Madison Ave, New York, NY 10065-8043;
Kgs-Alpha Capital Markets, L.P., 521 5th Ave, Fl 3, New York, NY 10017;
Khan Enterprises Co Inc, 43 Hutcheson Pl Lynbrook, NY 11563;
Khurram Shehzad, 3425 Knox Place Suite 3b, New York, NY,10467;
Kica General Construction, Inc., 3461 Fort Hamilton Pkwy Brooklyn, NY 11218;
Kid Island Dental At Great, 611 Northern Blvd # 100, Great Neck, NY 11021-5208;
Kiewit Infrastructure Co, 470 Chestnut Ridge Rd Woodcliff Lake, NJ 07677;
Kim I Mchale & Assoc, 225 Broadway # 1000, New York, NY 10007-3780;
Kim Seybert Inc, 37 W 37th St # 9, New York, NY 10018-6219;
Kim Song & Assoc, 16 W 32nd St # 607, New York, NY 10001-0690;
Kim, 3554 169th St, Flushing, NY 11358;
Kimber Manufacturing Inc, 1 Lawton St, Yonkers, NY 10705-2617;
Kimberly Hotel, 145 E 50th St, New York, NY 10022-9502;
Kimco, 3333 New Hyde Park Rd, Ste 100, New Hyde Park, NY 11042;
King & Co, 72 Madison Ave # 10, New York, NY 10016-8731;
King Wood, 500 5th Ave # 50, New York, NY 10110-5099;
Kingfisher General Contracting Of NY Inc., 13029 122nd Pl, South Ozone Park, NY,11420;
Kings Bay Ym-Ywha Inc, 3495 Nostrand Ave, Brooklyn, NY 11229;
Kings Brook Jewish, 585 Schenectady Ave, Ste 2, Brooklyn, NY 11203;
Kings Capital Constr Group Inc, 660 White Plains Rd # 550, Tarrytown, NY 10591-5147;
Kings County Hospital, 648 Albany Ave, Brooklyn, NY 11203;
Kings Harbor Multicare Center, 2000 E Gun Hill Rd, Bronx, NY 10469;
Kings Highway Orthopedic Assn, 3131 Kings Hwy # C11, Brooklyn, NY 11234-2621;
Kings Medical, 1015 E 81st St, Brooklyn, NY 11236;
Kings Pulmonary Assc, 3131 Kings Hwy, Ste D10, Brooklyn, NY 11234;
Kingsbridge Heights Lthhcp, 188 W 230th St, Bronx, NY 10463-5215;

Kingsbrook Jewish Medical Center, 585 Schenectady Ave, Ste 2, Brooklyn, NY 11203;

Kino International Corp, 333 W 39th St # 503, New York, NY 10018-1380;

Kinturk Contracting Inc, 3512 169th St Flushing, NY 11358;

Kips Bay Endoscopy Center LLC, 535 2nd Ave,, New York, NY 10016;

Kirby Mcinerney Llp, 250 Park Ave # 820, New York, NY 10177-0800;

Kiri Construction, 750 Mclean Ave # 4, Yonkers, NY 10704-3875;

Kirkland And Ellis Llp, 601 Lexington Ave, Fl 35, New York, NY 10022;

Kirotec - Mes Group Corp, 1229 Rockland Ave, Staten Island, NY 10314;

Kirschenbaum & Kirschenbaum Pc, 200 Garden City Plz # 315, Garden City, NY 11530-3357;

Kiska Construction Inc, 10-34 44th Dr Long Island City, NY 11101;

Kislman Dialysis, 4102 13th Ave, Brooklyn, NY 11219-1389;

Kiss Group, 57 Seaview Blvd, Prt Washingtn, NY 11050;

Kitano Hotel New York, 66 Park Ave, New York, NY 10016-3007;

Kiwi Partners Inc, 30 Soundview Ln, Port Washington, NY 11050-1341;

Klahr Glass Co, 65 Bank St, White Plains, NY 10606-1902;

Klein & Solomon Llp, 275 Madison Ave # 33, New York, NY 10016-1133;

Klein Law Group Pc, 39 Broadway # 1530, New York, NY 10006-3099;

Klein Zelman LLC, 485 Madison Ave # 1301, New York, NY 10022-5817;

Klein Zelman, 485 Madison Ave, Fl 15, New York, NY 10022;

Kleinberg & Friedman, 217 Broadway # 401, New York, NY 10007-3398;

Kleinberg Electric Inc, 850 3rd Ave Ste 405, Brooklyn, NY 11232-1523;

Kleinberg Kaplan Wolff-Cohen, 500 5th Ave # 12, New York, NY 10110-1299;

Klima New York LLC, 4145 39th St, Long Island City, NY 11104-4201;

Klk Electric Inc, 58-09 28th Ave, Staten Island, NY,11377;

Klm Ophthalmology, 1301 Avenue J # 2, Brooklyn, NY 11230-3605;

Klm/Air France & Lynxs Air Car, 18705 Lee Rd Ste 700, Humble, Tx 77338-4193;

Klw Inc, 418 W 25th St, New York, NY 10001-6502;

Km Associates Of New York Inc, 158 W 29th St # 7, New York, NY 10001-5300;

Knic Partners LLC, 515 Park Ave, New York, NY 10022-1188;

Knight Elec. Services Corp., 599 11th Ave New York, NY 10036;

Knight Nets Inc, 13 Lewiston St, Franklin Square, NY 11010-2904;

Knightbridge Construction Corp, 33 Great Neck Rd Great Neck, NY 11021;

Knoa Software Inc, 41 E 11th St # 11, New York, NY 10003-4602;

Knollwood Country Club, 200 Knollwood Road Ext # 2, Elmsford, NY 10523-2849;

Kns Building Restoration Inc, 6981 75th St, Middle Village, NY 11379-2532;

Knuckles Komosinski & Elliot, 565 Taxter Rd # 595, Elmsford, NY 10523-2327;

Kobre & Kim Llp, 800 3rd Ave # 6, New York, NY 10022-7775;

Kochendorfer Group, 145 East 48th Street, 10th Floor New York, NY 10017;

Koehler & Isaacs Llp, 61 Broadway # 2500, New York, NY 10006-2829;

Koenig Iron Works, 814 37th Ave, Long Island City, NY 11101-6011;

Koeppel Martone & Leistman, Po Box 863, Mineola, NY 11501-0863;

Koeppel Nissan Inc, 7034 66th Pl, Glendale, NY 11385;

Kohlberg Kravis Roberts And Co, 9 W 57th St, Ste 4200, New York, NY 10019;

Kohn Pedersen Fox Associates, 11 W 42nd St, New York, NY 10036-8002;

Kojin Industries Inc, 6911 197th St Fresh Meadows, NY 11365;

Koko Contracting, 4 Leeward Court Shoreham, NY 11786;
Komanoff Center For Geriatric, 375 E Bay Dr, Long Beach, NY 11561-2350;
Kopff Nardelli Dopf, 440 9th Ave # 15, New York, NY 10001-1628;
Kordun Construction Corp, 6941 76th St, Middle Village, NY 11379-2828;
Kore Contracting, 100 Brighton 11 St Brooklyn, NY 11235;
Kore Software Inc, 259 W 30th St # 16, New York, NY 10001-2809;
Korean Air Lines, 1370, Gonghang-Dong,, Gangseo-Gu, Seoul, Kr 157-712;
Kossoff PLLC, 217 Broadway # 401, New York, NY 10007-2944;
Kostelanetz & Fink, 250 Greenwich St # 34a, New York, NY 10007-0034;
Kpa Group, 13028 91st Ave, Richmond Hill, NY 11418-3319;
Kpff Inc, 299 Broadway # 900, New York, NY 10007-1958;
Kpmg, 345 Park Ave, Bsmt Lb6, New York, NY 10154;
Kps Capital Partners Lp, 485 Lexington Ave, Fl 31, New York, NY 10017;
Kraft & Kennedy Inc, 228 E 84th St, New York, NY 10028-5013;
Kraft Kennedy & Lesser Inc, 6 W 33rd St # 14, New York, NY 10001-3321;
Kraftworks Limited, 60 Broad St # 25, New York, NY 10004-2350;
Kramer & Dunleavy, 61 Broadway # 2220, New York, NY 10006-2702;
Kramer Dillof Livingston-Moore, 217 Broadway # 10, New York, NY 10007-2998;
Kranjac Tripodi Partners Llp, 30 Wall St # 12, New York, NY 10005-2219;
Kreisberg & Maitland Llp, 75 Maiden Ln # 603, New York, NY 10038-4695;
Krez & Flores Lip, 225 Broadway # 2800, New York, NY 10007-3018;
Krinos Foods Inc, 1750 Bathgate Ave, Bronx, NY 10457-7541;
Kristin Papesh, Vp Of Human Resources, 235 E 42nd St, Rm 107, New York, NY 10017;
Kroywen Rlty & Construction Corp, 36-02 Astoria Boulevard Astoria, NY 11103;
Krystal Touch Of NY Inc., 66 Maple Pl Ste C, Amityville,NY,11701;
Ks Eng. Pc, 65 Broadway Ste 1002 New York, NY 10006;
Ks Renovation Group Inc, 79 Washington Pl # 1c, New York, NY 10011-9137;
Kubricky Construction Corporation, 269 Ballard Rd Wilton, NY 12831;
Kucker & Bruh, 747 3rd Ave # 1200, New York, NY 10017-2859;
Kudman & Trachten, 350 5th Ave # 68, New York, NY 10118-6710;
Kuraray Dental, 600 Lexington Ave, Fl 26, New York, NY 10022;
Kurzman Eisenberg Corbin Lever, 1 N Broadway # 12, White Plains, NY 10601-2336;
Kutnicki/Bernstein Architects, 434 Broadway Fl 4, New York, NY 10013-2563;
Kuzmin & Assoc Pc, 225 Broadway # 2108, New York, NY 10007-3730;
Kvb Partners, 60 Broad St # 3502, New York, NY 10004-2356;
Kvl Audio Visual Services, 200 Corporate Blvd S, Ste 145, Yonkers, NY 10701;
Kwi, 2200 Northern Blvd # 102, Greenvale, NY 11548-1220;
Kwiat, 555 Madison Ave # 1400, New York, NY 10022-3324;
Kwittken And Company LLC, 160 Varick St, Fl 4, New York, NY 10013;
Kyle Conti Construction LLC, 749 Clawson Ave, Hillsborough, NJ 08844-3311;
L & E Creative Printing Inc, 100 Ring Rd W # 103, Garden City, NY 11530-3205;
L & L Holdings Co LLC, 142 W 57th St, New York, NY 10019-3300;
L & L Painting Co, 900 South Oyster Bay Hicksville, NY 11801;
L & M Builders LLC, 1865 Palmer Ave Ste 203, Larchmont, NY 10538-3037;
L & M Roofing Co, 140 Highland St # 1, Port Chester, NY 10573-3379;

L 3 Communications Holdings, 600 3rd Ave, Bsmt C2, New York, NY 10016;

L I Osteoporosis & Arthritis, 524 Old Country Rd, Plainview, NY 11803-6502;

L I Physicians Assoc Pc, 27001 76th Ave, New Hyde Park, NY 11040-1402;

L K Comstock & Company Inc, One N Lexington Avenue, White Plains, NY 10601;

L M G Construction Corp, 9724 Atlantic Ave, Ozone Park, NY 11416-1620;

L Ron Hubbard Media Resources, 349 W 48th St, New York, NY 10036-1348;

L Russo Fence Co, 220 Industrial Loop, Staten Island, NY 10309-1120;

L. A. Mays Inc., 385 1st Avenue,New York,NY,10010;

L.B. Electric Supply Co. Inc., 5202 New Utrecht Ave, Brooklyn, NY 11219;

L.B. Foster Company, 2048 Milford Square Pike, Quakertown, Pa 18951-2134;

L.K. Comstock & Company, Inc, 83 Central Ave, Farmingdale, NY 11735-6901;

L+M Development Partners, 1865 Palmer Ave Ste 203, Larchmont, NY 10538-3037;

L-3 Communications Corporation, 600 3rd Ave, Bsmt C2, New York, NY 10016;

La Bottega, 60 Osborne Rd, Garden City, NY 11530;

La Force & Stevens, 41 E 11th St # 6, New York, NY 10003-4654;

La Guardia Community College, 3110 Thomson Ave, Long Is City, NY 11101;

La Mar Plastic Packaging Ltd, 216 N Main St # F, Freeport, NY 11520-2200;

La Peninsula Community Org, 711 Manida St, Bronx, NY 10474-5807;

La Peninsula Community Organization, 711 Manida St, Bronx, NY 10474;

La Prairie, 680 5th Ave, Fl 11, New York, NY 10019;

La Providencia Family Health, 1280 Dekalb Ave, Brooklyn, NY 11221-3204;

Lab 49 Inc, 1345 Avenue Of The America #50, New York, NY 10105-5000;

L'abbate Balkan Colavita Contini, 1001 Franklin Ave, Rm 300, Garden City, NY 11530;

Labco Electric Contracting Corporation, 20111 Linden Blvd Saint Albans, NY 11412;

Lachase Construction Svc, 1 Labriola Ct # 2, Armonk, NY 10504-1336;

Lachman Consultant Svc Inc, 1600 Stewart Ave # 604, Westbury, NY 11590-6645;

Lacina Heitler Architects, 135 5th Ave # 6, New York, NY 10010-7155;

Lackenbach Siegel Llp, 1 Chase Rd, Scarsdale, NY 10583-4156;

Laconia Nursing Home, 1050 E 230th St, Bronx, NY 10466-4810;

Lacwk NY LLC, 99 Madison Ave # 8, New York, NY 10016-7419;

Ladders Inc, 55 Water St # 51, New York, NY 10041-3201;

Ladmar Associates Ltd, 10 Maple St, Prt Washingtn, NY 11050;

Lafayette Medical Management, 233 Lafayette St # Ground, New York, NY 10012-4051;

Laforce, 41 E 11th St, Fl 6, New York, NY 10003;

Laga Int Ltd, 100 Banks Ave, Apt 1210, Rockville Ctr, NY 11570;

Lagardere North America, Inc., 60 E 42nd St, Ste 1940, New York, NY 10168;

Laguarda Low Architects, 25 E 21st St # 2, New York, NY 10010-6243;

Lake Construction Corp, 150 King St, Brooklyn, NY 11231-1205;

Lake Group, 17 Vale Pl, Rye, NY 10580-2603;

Lakhani & Jordan Engineers Pc, 50 E 42nd St # 10, New York, NY 10017-5426;

Lakhi General Contractor Inc Po Box, 249, 1 Stoneridge Court Syosset, NY 11791;

Lakshmi Capital Management LLC, 2007 N Beverly Dr, Beverly Hills, Ca 90210-1614;

Laland Baptiste, 8513 Coventry Rd, Brooklyn, NY 11236-1409;

Lalire March Architects, 630 9th Ave, Ste 900, New York, NY 10036;

Lam Generation LLC, 254 Canal St # 3005, New York, NY 10013-3683;

Lambo Mechanical Inc, 329 Hendrix Street Brooklyn, NY 11207;

Lambos Firm, 303 S Broadway, Ste 410, Tarrytown, NY 10591;

Laminall Inc, 438 W 37th St # 2, New York, NY 10018-9567;

Lamson & Cutner, 9 E 40th St # 1300, New York, NY 10016-0402;

Lancaster Development & Tully Construction Co., 145 Podpadic Rd Richmondville, NY 12149;

Lancer Insurance Company, 370 W Park Ave, Long Beach, NY 11561;

Landesman Brothers Inc, 16 Mccarthy Rd, Island Park, NY 11558;

Landform LLC, 76 Storer Ave, New Rochelle, NY 10801-3612;

Landman Corsi Ballaine And Ford, 120 Broadway, Fl 13, New York, NY 10005;

Landmark Signs & Maintenance, 1501 Broadway # 501, New York, NY 10036-5501;

Landmark Ventures, 475 Park Ave S # 25, New York, NY 10016-6922;

Landpex Development, 85 Broad St Suite 1776, New York, NY 10004;

Lane Associates, 3916 Long Beach Rd, Island Park, NY 11558-1140;

Lane Construction, 145 Huguenot St # 320, New Rochelle, NY 10801-5226;

Langan Engineering, 360 W 31st St Fl 8, 21 Penn Plaza, New York, NY 10001-2727;

Langan, 360 W 31st 8th Fl, 21 Penn Plaza, New York, NY 10001-2727;

Language Works, 61 Broadway # 1400, New York, NY 10006-2716;

Lanmark Group Inc, 2125 Mill Ave, Brooklyn, NY 11234-6307;

Lanmark Technical Svc Ltd, 139 5th Ave, New York, NY 10010-7104;

Lapadula Carlson & Co, 5 Penn Plz # 19, New York, NY 10001-1738;

Laperuta Construction Corp, Po Box 90666, Staten Island, NY 10309-0666;

Larocca Hornik Rosen Greenberg, 40 Wall St # 3202, New York, NY 10005-1484;

Lascon Inc, 266 White Plains Rd # D-1, Eastchester, NY 10709-4423;

Laser Electrical Contracting, 5601 Northern Blvd,Woodside,NY,11377;

Lasker Ice Rink, 830 5th Ave, New York, NY 10065-7001;

Latham And Watkins Llp, 885 3rd Ave, Ste 320, New York, NY 10022;

Latimer And Linden Management Co, 3738 108th St, Corona, NY 11368-2023;

Laughing Lotus Yoga Ctr, 9 Charles St # 4b, New York, NY 10014-3045;

Laumic Co, 432 W 45th St, New York, NY 10036-3580;

Laundry Service, 55 Water St, Brooklyn, NY 11201-1052;

Laura Davidson Public Relation, 72 Madison Ave # 8, New York, NY 10016-8731;

Laura Electrical Lighting & Maintenance Service, 115 Macdougal St,New York,NY,10012;

Lauren A Baum Law Offices, 171 Madison Ave # 300, New York, NY 10016-5107;

Laurencewell And Pumpcoinc, 91 Conklin Ave, Brooklyn, NY 11236;

Law Office Of Weinreb, 165 Eileen Way # 101, Syosset, NY 11791-5324;

Law Offices Barry Slbrzwg, 271 Madison Ave # 3, New York, NY 10016-1042;

Law Offices Of Jan G Johansson, 360 E 72nd St # A1500, New York, NY 10021-0372;

Law Offices Of Jh Tanenbaum, 14 Wall St # 5f, New York, NY 10005-2137;

Law Offices Of Norka M Schell, 17 State St # 4000, New York, NY 10004-1508;

Law Offices-Kenneth A Wilhelm, 445 Park Ave # 9, New York, NY 10022-8606;

Law Offices-Keshab Raj Seadie, 246 W 38th St # 801, New York, NY 10018-7857;

Law Offices-Michael S Lmnsff, 1 Financial Sq # 8, New York, NY 10005-3553;

Law Offices-Robin Harris King, 1 Battery Park Plz # 2900, New York, NY 10004-1554;

Law Office-Yuriy Moshes Pc Nyc, 322 W 48th St # 6, New York, NY 10036-1308;

Lawless & Mangione Llp, 480 N Broadway # 4, Yonkers, NY 10701-1945;

Lawline.Com, 61 Broadway # 1105, New York, NY 10006-2728;
Lawpac, 132 Nassau St # 200, New York, NY 10038-2486;
Lawrence A Wein Stadium, 533 W 218th St, New York, NY 10034-1005;
Lawrence Hospital Center, 55 Palmer Ave,, Bronxville, NY 10708;
Lawrence J Berger Pc, 200 Madison Ave # 1902, New York, NY 10016-4001;
Lawrence Nursing Care Ctr, 350 Beach 54th St, Arverne, NY 11692-1790;
Lawrence Scott Events Ltd, 240 E 76th St # 17l, New York, NY 10021-2958;
Lawrence's Contractor Inc, 13840 226th St,Springfield Gardens,NY,11413;
Laws Construction, Inc., 34 Irvington St, Pleasantville, NY 10570-3410;
Lawyer Referral Information, 15 West St, Mineola, NY 11501-4813;
Lawyers For Children, 110 Lafayette St # 8, New York, NY 10013-4188;
Lazare Potter & Giacovas, 747 3rd Ave # 16, New York, NY 10017-2856;
Lba Realty, 3347 Michelson Dr Ste 200, Irvine, Ca 92612-0687;
L-C Construction Co, 6961 Juniper Blvd S,Middle Village,NY,11379;
Lcor Inc, 1 Penn Plz Ste 1801, New York, NY 10119-3310;
Ldi Color Toolbox, 50 Jericho Quadrangle # 115, Jericho, NY 11753-2726;
Le Vian Corp, 235 Great Neck Rd, Great Neck, NY 11021-3301;
Leader & Berkon Llp, 630 3rd Ave # 17, New York, NY 10017-6740;
League Treatment Ctr, 483 Clermont Ave, Brooklyn, NY 11238-2253;
Leahey & Johnson, 42 Leroy St, New York, NY 10014-3915;
Leake And Watts Services, Inc, 463 Hawthorne Ave, Yonkers, NY 10705;
Leap, 535 8th Ave # 11, New York, NY 10018-2530;
Learnvest, Inc., 41 E 11th St, Fl 2, New York, NY 10003;
Leasinc Limited, 15 Ives Rd # 2, Hewlett, NY 11557-2034;
Leasing Direct Inc, 160 Empire Blvd, Brooklyn, NY 11225-3401;
Leav & Steinberg Llp, 75 Broad St # 1601, New York, NY 10004-2448;
Leblon Holdings LLC, 151 W 25th St # 6l, New York, NY 10001-7256;
Lecht Sciences Inc, 304 E 45th St, New York, NY 10017-3425;
Lecroy Corporation, 700 Chestnut Ridge Rd, Chestnut Rdg, NY 10977;
Lee & Associates, 845 3rd Ave Fl 4, New York, NY 10022-6647;
Lee Hecht Harrison LLC, 230 Park Ave, Rm 600, New York, NY 10168;
Lee Jofa, 201 Central Ave S, Bethpage, NY 11714-4940;
Lee Strasberg Theater-Film, 115 E 15th St, New York, NY 10003-2188;
Leeding Builders Group LLC, 33 East 33rd Street 7th Floor, New York, NY 10016;
Leewood Golf Club, 1 Leewood Dr, Eastchester, NY 10709-5421;
Lefrak Organization, 14148 85th Rd, Apt 4f, Briarwood, NY 11435;
Left Right Inc, 39 W 19th St # 9, New York, NY 10011-4260;
Legacy Builders, 519 8th Ave # 7n, New York, NY 10018-6574;
Legacy Builders/Developers Corp., 501 Fashion Ave, Rm 402, New York, NY 10018;
Legal Interpreting Services Inc., 81 Willoughby St, Ste 602, Brooklyn, NY 11201;
Legal Options Inc, 116 W 23rd St # 5, New York, NY 10011-2599;
Legal Outreach, 3614 35th St, Astoria, NY 11106-1302;
Legal Referral Svc Assn, 42 W 44th St, New York, NY 10036-6604;
Legal Services Nyc, 40 Worth St # 606, New York, NY 10013-2904;
Leggit Bogt Webb, 432 Park Ave S # 10, New York, NY 10016-8004;

Legion Lighting Co. Inc., 221 Glenmore Ave, Brooklyn, NY 11207;

Lehman College, 250 Bedford Park Blvd W, Bronx, NY 10468;

Lehrer Mcgovern Bovis Inc, 410 E 61st St, New York, NY 10065-8735;

Lektric Installations Corp, 3802 Church Ave,Brooklyn,NY,11203;

Lemle & Wolff Inc, 5925 Broadway, Bronx, NY 10463-2410;

Lendlease, 200 Park Avenue, 9th Floor, New York, NY 10166

Lenox Advisors, 90 Park Ave, Fl 18, New York, NY 10016;

Lenox Hill Hospital, 100 E 77th St, New York, NY 10075-1850;

Lenox Hill Neighborhood House, 331 E 70th St, New York, NY 10021;

Lenox Hill Radiology, 4120 Broadway, New York, NY 10033-3703;

Leo Ingwer Inc, 62 W 47th St # 1004, New York, NY 10036-3200;

Leon D. Dematteis Construction Corp., 820 Elmont Road Elmont, NY 10451;

Leon Fuel Svc, 11902 23rd Ave, Flushing, NY 11356-2506;

Leon Henry Inc, 200 N Central Ave # 220, Hartsdale, NY 10530-9915;

Leonard Powers Inc, 442 W 49th St,New York,NY,10019;

Leonid Jrupnik, P.E., 139 Fulton St, New York, NY 10038-2594;

Leopold Gross & Sommers Pc, 16 Court St # 1903, Brooklyn, NY 11241-1019;

Lepercq, 156 W 56th St, Ste 1204, New York, NY 10019;

Lera Consulting Structural Eng., 40 Wall St Fl 23, New York, NY 10005-1477;

Lerco Electric LLC, 370 E 146th St,Bronx,NY,10455;

Lerman Diagnostic Imaging, 6511 Fort Hamilton Pkwy, Brooklyn, NY 11219-5524;

Leroy Street Studio, 65 Allen St, New York, NY 10002-5303;

Les Chateaux De France Inc, 1 Craft Ave, Inwood, NY 11096-1609;

Les Csa, 197 E Broadway, New York, NY 10002-5507;

Leshkowitz & Co Llp, 270 Madison Ave # 17, New York, NY 10016-0683;

Leslie E Robertson Assoc, 30 Broad St # 37, New York, NY 10004-2947;

Lettire Construction Corp, 334 E 110th St # 2, New York, NY 10029-3105;

Levelwing, 260 W 35th St # 801, New York, NY 10001-2528;

Levest Electric Corp, 325 W 37th St, New York, NY 10018-4203;

Levidow Levidow Oberman, 299 Broadway, Ste 1800, New York, NY 10007;

Levine & Blit PLLC, 350 5th Ave # 4020, New York, NY 10118-4001;

Levine Builders, 4209 235th St, Little Neck, NY 11363-1526;

Levinson & Santoro Electrical Corp, 20-16 130 St College Point, NY 11356;

Levithan Mechanical Corp, 389 Arlington Ave Brooklyn, NY 11208;

Levitt-Fuirst Associates, Ltd, 520 White Plains Rd, Ste 200, Tarrytown, NY 10591;

Levy & Sonet Attys, 630 3rd Ave # 23, New York, NY 10017-6731;

Levy Davis And Maher, Llp, 880 3rd Ave, Fl 9, New York, NY 10022;

Lewis & Kennedy Inc, 104 E 25th St # 7, New York, NY 10010-2917;

Lewis Clifton Nikolaidis Pc, 350 W 31st St # 401, New York, NY 10001-2855;

Lewis P C Jackson, 44 S Broadway, Fl 14, White Plains, NY 10601;

Lexicon Communications Corp, 256 W 38th St # 508, New York, NY 10018-5807;

Lexin Capital, 654 Madison Ave Rm 2205, New York, NY 10065-8443;

Lexington Plastic Surgeon, 113 E 39th St, New York, NY 10016-0968;

Lexvia Inc, 215 Lexington Ave # 18, New York, NY 10016-6023;

Lfb Media Group, 50 W 23rd St # 702, New York, NY 10010-5262;

Lhsa + Dp, 75 Broad St # 2700, New York, NY 10004-2479;

Li & Fung Usa, 1359 Broadway # 18, New York, NY 10018-7839;

Li Saltzman Architects P C, 50 Broadway # 33, New York, NY 10004-1691;

Liakas Law Pc, 65 Broadway # 1304, New York, NY 10006-2522;

Lib, 2075 W 11th St, Brooklyn, NY 11223;

Libero And Associates LLC, 57 Old Country Rd, Ste 2, Westbury, NY 11590;

Liberty Global Logistics LLC, 1979 Marcus Ave # 200, New Hyde Park, NY 11042-1059;

Liberty Lines Inc, 475 Saw Mill River Rd, Yonkers, NY 10701;

Libqual Fence Co, 775 Meacham Ave, Elmont, NY 11003-4716;

Library Hotel, 299 Madison Ave # 1, New York, NY 10017-6298;

Lic Beer Project, 3928 23rd St, Long Island City, NY 11101-4817;

Licenders, 185 E 85th St # 3, New York, NY 10028-2191;

Lichy & Kolb, 222 E 68th St, New York, NY 10065-6001;

Lico Contracting Inc, 2910 20th Ave, Astoria, NY 11105-2534;

Lieber Chocolate & Food Prod, 142 44th St, Brooklyn, NY 11232-3310;

Liebhaber Construction Inc, 4735 27th St, Long Island City, NY 11101-4410;

Lieff Cabraser Heimann, 250 Hudson St # 8, New York, NY 10013-1413;

Lif Industries, Inc., 5 Harbor Park Dr, Ste 1, Prt Washingtn, NY 11050;

Life's Worc Inc, 1501 Franklin Ave, Mineola, NY 11501;

Lifespire, 1 Whitehall St, Fl 9, New York, NY 10004;

Lifetime Plumbing, 21515 Northern Blvd, Ste 304, Bayside, NY 11361;

Lifetime Renovations Inc, 114 Bluespruce Rd, Levittown, NY 11756-1947;

Lifexpress Inc, 336 W 37th St # 670, New York, NY 10018-2527;

Lifshutz & Lifshutz Pc, 271 Madison Ave # 905, New York, NY 10016-1034;

Light House Designs, Inc., 1913 Deer Park Ave Deer Park, NY 11729;

Lighting Design & Application, 120 Wall St # 1700, New York, NY 10005-4001;

Lighting Design Group, 49 W 27th St # 920, New York, NY 10001-6936;

Lighting Express, 1030 W Jericho Tpke Smithtown, NY 11787;

Lightspec, 1501 Monroe Ave,Rochester,NY,14618;

Likeable Local, 1460 Broadway # 1, New York, NY 10036-7306;

Lim College, 12 E 53rd St, Lbby, New York, NY 10022;

Limnes Corp., 1095 Tulip Ave, Franklin Square, NY 11010-2744;

Limosys Inc, 53 E 34th St, New York, NY 10016-4332;

Lincoln Equities Group LLC, 1 Meadowlands Plz Ste 803, East Rutherford, NJ 07073-2152;

Linden Alschuler & Kaplan, 1251 Avenue Of The Americ #940, New York, NY 10020-1104;

Lindsay Goldberg, 630 5th Ave, Fl 30, New York, NY 10112;

Lindsay, 18135 Burke St, Elkhorn, Ne 68022-4413;

Linear Environmental Corp, 1025 44th Ave Long Island City, NY 11101;

Linear Lighting Corp, Po Box 494, Glen Head, NY 11545-0494;

Link Theory Holdings Inc., 38 Gansevoort St, New York, NY 10014;

Lion Heart Electric Corp, 1439 Bassett Avenue, Bronx, NY 10461;

Lipa/National Grid, 467 Maple Ave, Uniondale, NY 11553;

Lippolis Electric, 25 7th St, Pelham, NY 10803-1211;

Lipsky Goodkin & Co Pc, 120 W 45th St # 7, New York, NY 10036-4031;

Liquid Technology, 79 Madison Ave # 6, New York, NY 10016-7802;

Liro Program & Construction Management, 3 Aerial Way, Syosset, NY 11791-5501;
Lirr, 9302 Sutphin Blvd, Jamaica, NY 11435;
Lissner & Lissner Llp, 162 W 56th St # 506, New York, NY 10019-3873;
Litehouse Builders, Inc., 23 Brooklyn Queens Expy W Queens, NY 11103;
Litespeed Electric, 135 West 29th St New York, NY 10001;
Little Bird, 234 5th Ave, Fl 4, New York, NY 10001;
Little Flower, 186 Joralemon St # 2, Brooklyn, NY 11201-4326;
Little Man Parking, 307 7th Ave # 407, New York, NY 10001-6175;
Little Sisters-The Assumption, 333 E 115th St, New York, NY 10029-2210;
Little Tikes Play Structures, 12 Bank St Matawan, NJ 07747;
Littlewolf The Cabinet Shop, 1583 1st Ave # 1, New York, NY 10028-4273;
Littman Krooks Llp, 399 Knollwood Rd # 115, White Plains, NY 10603-1900;
Liu Electric LLC, 99 Madison Ave,New York,NY,10016;
Live X, 483 10th Ave, Rm 210, New York, NY 10018;
Livingston Electrical Assoc, 16220 77th Rd, Fresh Meadows, NY 11366-1906;
Liz & Botshon, 450 Fashion Ave # 12, New York, NY 10123-1299;
Lizardos Engineering Assoc Pc, 200 Old Country Rd # 670, Mineola, NY 11501-4293;
Lkbn Neurology Assoc, 777 Sunrise Hwy # 200, Lynbrook, NY 11563-2950;
Lloyd & Co, 180 Varick St # 1018, New York, NY 10014-5473;
Lmc Physician Services, Pc, 5800 3rd Ave, Brooklyn, NY 11220;
Lmi, 2536 Hering Ave, Bronx, NY 10469;
Lmw Engineering Group, LLC., 125 Lexington Ave., Linden, NJ 07036;
Lnd Inc, 3230 Lawson Blvd, Oceanside, NY 11572-3796;
Lo Sardo General Contractors Inc, 33 Crescent St Brooklyn, NY 11208;
Loan Syndications And Trading Assn, Inc., 366 Madison Ave, Fl 15, New York, NY 10017;
Local Office Landscape Architecture, 61 9th St Ste C3, Brooklyn, NY 11215-2735;
Locator Search LLC, 563 W 169th St, New York, NY 10032-3912;
Loduca Associates, 171 Bridge Rd Islandia, NY 11749;
Loeb And Troper Llp, 655 3rd Ave, Ste 1200, New York, NY 10017;
Loffredo Brooks Architects, 118 W 22nd St # 4, New York, NY 10011-2416;
Logicworks, 155 Avenue Of The Americas # 5, New York, NY 10013-1507;
Logistics, 310 Cornwell Ave, Malverne, NY 11565;
Logon Sa, 520 8th Ave # 14l, New York, NY 10018-6632;
Logos Consulting Group LLC, 875 Avenue Of The Americ #2300, New York, NY 10001-3507;
Lollytogs Limited, 100 W 33rd St # 1012, New York, NY 10001-2984;
Lombard Risk Intl Usa, 16 E 40th St # 1, New York, NY 10016-0113;
Lombardi & Assoc, 412 Broadway # 4, New York, NY 10013-3594;
Lombardi Design, 100 Doxsee Dr, Freeport, NY 11520;
Lombardy Hotel, 111 E 56th St, New York, NY 10022-2664;
Lompo Federal Credit Union, 5024 Queens Blvd, Woodside, NY 11377;
London Fischer Llp, 59 Maiden Ln, Ste 3801, New York, NY 10038;
London Lennie's, 63-88 Woodhaven Blvd, Rego Park, NY 11374;
London Luxury, 270 North Ave, Ste 300, New Rochelle, NY 10801;
London Meat Co, 56 Little West 12th St, New York, NY 10014-1305;
Long Beach Reach, 12 W Park Ave, Long Beach, NY 11561-2018;

Long Beach School District, 239 Lido Blvd, Lido Beach, NY 11561;

Long Island Blood Svc, 1200 Prospect Ave, Westbury, NY 11590-2723;

Long Island Business Inst, 13618 39th Ave, Ste 300, Flushing, NY 11354;

Long Island Cardiovascular, 1983 Marcus Ave # E120, New Hyde Park, NY 11042-2020;

Long Island Care Center, 14461 38th Ave, Flushing, NY 11354;

Long Island Care, 14461 38th Ave, Flushing, NY 11354-5998;

Long Island Concrete Inc, 215-10 Hempstead Avenue,Queens Village,NY,11429;

Long Island Consultation Ctr, 9729 64th Rd # 1fl, Rego Park, NY 11374-2240;

Long Island Fireproof Door Inc, 1105 Clintonville St, Whitestone, NY 11357-1813;

Long Island Fqhc, Inc., 1600 Stewart Ave, Ste 300, Westbury, NY 11590;

Long Island Graphic, 379 Central Ave, Lawrence, NY 11559-1607;

Long Island Heart Assoc, 200 Old Country Rd, Ste 278, Mineola, NY 11501;

Long Island Internal Medicine, 2 Lincoln Ave # 201, Rockville Centre, NY 11570-5775;

Long Island Jewish Medical Center, 27005 76th Ave,, New Hyde Park, NY 11040;

Long Island Jewish, 1554 Northern Blvd, Manhasset, NY 11030-3053;

Long Island Kidney Assoc Pc, 4250 Hempstead Tpke # 17, Bethpage, NY 11714-5707;

Long Island Laser Bounce, 2710 Hempstead Tpke, Levittown, NY 11756-1326;

Long Island Queens Hearing, 225 Froehlich Farm Blvd, Woodbury, NY 11797-2922;

Long Island Rail Road, 144-41 94 Ave, Jamaica, NY 11435-3631;

Long Island Tinsmith Supply Corporation, 7611 88th St, Glendale, NY 11385;

Long Island University, 700 Northern Blvd, Greenvale, NY 11548;

Long Island Vitreo Retinal, 600 Northern Blvd # 216, Great Neck, NY 11021-5200;

Long Term Home Health Care, 105 Dreiser Loop, Bronx, NY 10475-2701;

Loring Consulting Engineers, Inc, 21 Penn Plaza, New York, NY 10001;

Loring Software, 3 Hays Hill Rd # 1, Pleasantville, NY 10570-1717;

Los Ninos Services Inc, 535 8th Ave, # 6, New York, NY 10018;

Losardo General Contractor, 35 Crescent St Brooklyn, NY 11208;

Lothrop Associates Llp, 333 Westchester Ave # 304, West Harrison, NY 10604-2911;

Lotte New York Palace, 455 Madison Ave, New York, NY 10022-6845;

Loughlin Management Partners, 220 W 42nd St # 1, New York, NY 10036-7200;

Louis Grandelli Law Office, 90 Broad St # 15, New York, NY 10004-2291;

Louis J Maccarone Plbg & Htg, 10 Sea Cliff Ave # G, Glen Cove, NY 11542-3630;

Louis Shiffman Electric, 542 Wortman Ave, Brooklyn, NY 11208-5412;

Louis Tamis Jewelry, 10 E 38th St # 6, New York, NY 10016-0014;

Love To Care, 70 E Sunrise Hwy, Valley Stream, NY 11581-1240;

Lovell Safety Management LLC, 1 Diaz St, Staten Island, NY 10305;

Lovett Productions Inc, 17 Vandam St, New York, NY 10013-1215;

Lower East Side Construction, 457 Fdr Dr # 1901, New York, NY 10002-1964;

Lower Eastside Service Center, Inc., 80 Maiden Ln, Rm 305, New York, NY 10038;

Lower Hudson Regional Info Ctr, 450 Mamaroneck Ave # C, Harrison, NY 10528-2400;

Lower Manhattan Development Corporation, 22 Cortlandt St 11th Fl, New York, NY 10007;

Lower Manhattan Dialysis Ctr, 323 E 34th St, New York, NY 10016-4974;

Lower Manhattan Health Ctr, 303 9th Ave, New York, NY 10001-5701;

Lowey Dannenberg, 44 S Broadway # 1100, White Plains, NY 10601-4459;

Lowitt Alarms, 25 Bethpage Rd, Hicksville, NY 11801-1525;

Loxme Group, Inc., 245 Main St, Northport, NY 11768-1762;

Loy Center, 14121 70th Rd, Flushing, NY 11367;

Loyal Kasper, 80 Broad St # 8, New York, NY 10004-2374;

LRC Construction LLC, 7 Renaissance Square, 4th Floor White Plains, NY 10601;

Lrl Construction Inc, 441 S 8th Ave, Mount Vernon, NY 10550-4326;

Lsl Construction Svc Inc, 158 Wooster St, New York, NY 10012-3112;

Lss Contracting LLC, 56 Pond Ln Levittown, NY 11756 ;

Lt Apparel Group, 100 W 33rd St, Ste 1012, New York, NY 10001;

Ltu Technologies Inc, 232 Madison Ave # 1202, New York, NY 10016-2944;

Lua Technology Inc, 900 Broadway # 504, New York, NY 10003-1237;

Lucas & Mercanti Llp, 30 Broad St # 21, New York, NY 10004-2900;

Lucky LLC, 15 Park Row, Apt 25l, New York, NY 10038;

Ludl Electronic Products, 171 Brady Ave, Hawthorne, NY 10532-2216;

Ludwig Group, Inc, 666 3rd Ave, Fl 28, New York, NY 10017;

Lufthansa, 1640 Hempstead Tpke, East Meadow, NY 11554;

Luhi Summer Programs, 131 Brookville Rd, Glen Head, NY 11545-3329;

Lui Choy PLLC, 100 Lafayette St # 301, New York, NY 10013-4400;

Lukasiewicz Design Inc, 119 W 57th St # 1115, New York, NY 10019-2401;

Lum Danzis Drasco Positan, 46 Park Ave, New York, NY 10016-3407;

Lunt-Fontanne Theatre, 205 W 46th St, New York, NY 10036-1497;

Lurie Ilchert Macdonnell-Ryan, 475 Park Ave S # 2800, New York, NY 10016-6901;

Luskin Stern Eisler Llp, 640 8th Ave, New York, NY 10036-7117;

Lutheran Medical Center, 241 37th St, Ste 412, Brooklyn, NY 11232;

Lutz & Carr, 551 5th Ave # 400, New York, NY 10176-0423;

Lux Builders, Inc, 1534 W 9th St Brooklyn, NY 11204;

Luxottica Group, 44 Harbor Park Dr, Prt Washingtn, NY 11050;

Luxury Attach, 33 Irving Pl, New York, NY 10003-2332;

Lycee Francais De New York, 12420 155th St, Jamaica, NY 11434;

Lyden Gardens Hotel, 500 W 37th St # 3, New York, NY 10018-1118;

Lynbrook Restorative Therapy And Nursing, 243 Atlantic Ave, Lynbrook, NY 11563;

Lynch Daskal Emery Llp, 137 W 25th St # 5, New York, NY 10001-7222;

Lyneer Search Group, 1001 Avenue Of The Ameri #2401, New York, NY 10018-5465;

Lynn Cahill Llp, 70 W 40th St # 50, New York, NY 10018-2671;

Lynn H Ratner Pc, 112 E 83rd St # A, New York, NY 10028-0880;

Lyons & Donahue Contracting, 88 Pine St # 3, New York, NY 10005-1842;

Lyons Mcgovern Llp, 399 Knollwood Rd, Ste 216, White Plains, NY 10603;